IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | Case No. 18-24599 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Joseph M. Panigall, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 2626 ) | |
| *Movant* ) | Related to Docket No. 14 |
| ) | |
| *vs.* ) | |
| ) | |
| Southern Glazer's Wine and Spirits, LLC ) | |
| and Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 3, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Joseph & Sheila Panigall
518 Salisbury Drive
Greensburg, Pa 15601

Southern Glazer's Wine and Spirits, LLC
Attn: Payroll Dept.
1600 NW 163rd Street
Miami, FL 33169-3562

Date of Service: December 3, 2018

/s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217