IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Case No. 18-24599 |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Sheila A. Panigall, | ) | Document No. WO-2 |
| Social Security No. XXX-XX- 2261 | ) | |
|     Movant | ) | Related to Docket No. 15 |
| | ) | |
|     vs. | ) | |
| | ) | |
| Westmoreland Center OPCO, LLC | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on December 3, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Joseph & Sheila Panigall
518 Salisbury Drive
Greensburg, Pa 15601

Westmoreland Center OPCO, LLC
Attn: Payroll Dept.
2071 Flatbush Avenue, Suite 79
Brooklyn, NY 11234

Date of Service: December 3, 2018

/s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217