**Fill in this information to identify the case:**

Debtor 1: JOSEPH M PANIGALL

Debtor 2 (Spouse, if filing): SHEILA A PANIGALL

United States Bankruptcy Court for the: WESTERN District of PA

Case number: 18-24599

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Santander Bank, N.A.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 2 6 5 6

Date of payment change: 02/20/19
Must be at least 21 days after date of this notice

New total payment: $ 1564.07
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: number of days in the month changes amount due

   Current mortgage payment: $ 1549.73    New mortgage payment: $ 1564.07

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **JOSEPH M PANIGALL**
First Name   Middle Name   Last Name

Case number (if known) 18-24599

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _Michele Green_ (signature)

Date 01/28/2019

Print: Michele Green
First Name   Middle Name   Last Name

Title: Bankruptcy Administrator

Company: Santander Bank, N.A.

Address: 450 Penn Street
Number   Street
Reading   PA   19602
City   State   ZIP Code

Contact phone: (610) 401-9399

Email: DeftBkr@santander.us

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Joseph M. Panigall
Sheila A. Panigall

Chapter 13
Case No. 18-24599
Honorable Carlota M. Bohm

Debtor

## CERTIFICATE OF SERVICE

I, Michele Green of Santander Bank, N.A., do hereby certify that on January 28, 2019, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 28th day of January, 2019.

Michele Green
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(610) 401-9399
Email: DeftBkr@santander.us

VIA US MAIL
JOSEPH M PANIGALL
SHEILA A PANIGALL
518 SALISBURY DR
GREENSBURG PA 15601-6039

VIA ECF
RONDA J WINNECOUR
600 GRANT ST STE 3250
PITTSBURGH, PA 15219-2719

ABAGALE E STEIDL
ASTEIDL@STEIDL-STEINBERG.COM

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Account Number: | |
| Statement Period From: | 12/24/2018 |
| Statement Period Through: | 01/23/2019 |
| Days in Statement Period | 31 |
| Current Balance | 105,312.31 |
| Credit Line Amount: | 0.00 |
| Available Credit | 0.00 |

JOSEPH PANIGALL
SHEILA A PANIGALL
518 SALISBURY DR
GREENSBURG, PA 15601-6039

| | |
|---|---|
| Minimum Payment: | 21,490.66 |
| Payment Due Date: | 02/20/2019 |

**IMPORTANT MESSAGES**

| | | | | |
|---|---|---|---|---|
| Principal Due | $2,115.54 | Beginning Balance | | $104,839.88 |
| INTEREST CHARGE Due | $444.43 | Advances | | $0.00 |
| Past Due Amount | $18,470.89 | Payments Received | | $0.00 |
| Late Charges Due | $960.00 | INTEREST CHARGE | | 444.43 |
| Fees Due | $495.70 | | | |
| | | Fees | | 28.00 |
| Total Minimum Payment Due | $21,490.66 | Ending Balance | | $105,312.31 |
| | | Unapplied Credit Balance | | 14.00 |

(handwritten: 7,564.07)

**SUMMARY OF REVOLVING ACCOUNT BALANCE**

| | | | |
|---|---|---|---|
| Periodic Rate From | 12/24/2018 | Periodic INTEREST CHARGE | $444.43 |
| Periodic Rate Through | 01/23/2019 | ANNUAL PERCENTAGE RATE | 5.2500 |
| Payment Amount | 1,564.07 | | |
| Daily Periodic Rate* | .0001438356 | | |
| Balance Subject to Interest Rate | $99,672.16 | Ending Principal | $99,672.16 |

* The daily periodic rate may vary

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 12/24/2018 | BEGINNING PRINCIPAL | | 99,672.16 |
| | 01/23/2019 | ENDING PRINCIPAL | | 99,672.16 |

******************* FEES ****************************************************
| 01/22/2019 | 01/22/2019 | INSPECTION FEE | 14.00 | |
| 01/23/2019 | 01/23/2019 | INSPECTION FEE | 14.00 | |
| | | TOTAL FEES THIS PERIOD | 28.00 | |

************************************* INTEREST CHARGED ***********************
TOTAL INTEREST THIS PERIOD    444.43

************************************* 2019 TOTALS YEAR-TO-DATE ***************
TOTAL FEES CHARGED    28.00
TOTAL INTEREST CHARGED    444.43

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 02/20/2019 | 21,490.66 | |

JOSEPH PANIGALL
SHEILA A PANIGALL
518 SALISBURY DR
GREENSBURG, PA 15601-6039

Make Check Payable To:

SANTANDER BANK, N.A.
P.O. BOX 16255
READING, PA 19612-6255

