UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joseph M. Panigall | : | CHAPTER 13 |
| Shelia A. Panigall | : | CASE NO. 18-24599-CMB |
| Debtors | : | |
| | : | |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of OneMain Financial Group, LLC and index the same on the master mailing list.

Respectfully submitted,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

*/s/Peter E. Meltzer*
Peter E. Meltzer
Attorney for One Main Financial Group, LLC
2000 Market St. Ste 1300. Philadelphia. PA 19103
267-295-3363
Attorney I.D. No. 39828