UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH PANIGALL | : | CHAPTER 13 |
| SHELIA PANIGALL | : | CASE NO. 18-24599-CMB |
| Debtors | : | |
| | : | |
| ONE MAIN FINANCIAL GROUP, LLC | : | |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| JOSEPH PANIGALL | : | |
| SHELIA PANIGALL | : | |
| Respondents | : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING ONE MAIN FINANCIAL GROUP, LLC MOTION FOR ADEQUATE PROTECTION

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than <u>March 22, 2019,</u> i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at <u>www.pawb.uscourts.gov</u> . If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at <u>www.pawb.uscourts.gov</u> to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **April 10, 2019, at 11:00A.M.** before Judge Carlotta M. Bohm in the U.S. Bankruptcy Court, Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If

there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Service: March 5, 2019**

/s/Peter E. Meltzer
Peter E. Meltzer, Esquire
Attorney for One Main Financial Group, LLC
2000 Market St. Ste. 1300. Philadelphia. PA 19103
267-295-3363
Attorney I.D. No. 39828