IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Joseph Panigall | : | Case No.18-24599CMB |
| Shelia Panigall | : | Chapter 13 |
|    Debtor(s) | : | |
| One Main Financial Group LLC | : | |
| | : | Related to Document #35 |
|    Movant(s) | : | |
| | : | Hearing Date 4/10/2019 |
| vs. | : | |
| Joseph Panigall | : | |
| Shelia Panigall | : | |
|    Respondent(s) | | |

### TRUSTEE'S RESPONSE TO MOTION FOR ADEQUATE PROTECTION

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was filed on November 28, 2018.

2. One Main Financial Group, LLC filed a Motion for Adequate Protection Payments on March 9, 2019, on a claim secured by a 2011 Hyundai Elantra.

3. The Debtors' plan was confirmed on an interim basis on January 24, 2019, and the Order was entered on the Trustee's system. The Movant will begin receiving distributions beginning with the Trustee's March 2019 distribution.

4. Therefore, the relief requested is not necessary.

WHEREFORE, the Trustee respectfully requests that the motion is denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: 03/19/19     by    __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219

(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Joseph Panigall | : | Case No.18-24599CMB |
| Shelia Panigall | : | Chapter 13 |
| Debtor(s) | : | |
| One Main Financial Group LLC | : | |
| | : | Related to Document #35 |
| Movant(s) | : | |
| | : | Hearing Date 4/10/2019 |
| vs. | : | |
| Joseph Panigall | : | |
| Shelia Panigall | : | |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th of March 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Peter Meltzer, Esquire
Weber Gallagher
2000 Market Street 13th Floor
Philadelphia PA 19103

Joseph and Shelia Panigall
518 Salisbury Drive
Greensburg PA 15601

Abagale Steidl, Esquire
707 Grant Street
28th Floor Gulf Tower
Pittsburgh PA 15219

    _/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com