**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: JOSEPH PANIGALL<br>　　　SHELIA PANIGALL<br>　　　　　　　　　　**Debtor** | CHAPTER 13<br>BANKRUPTCY CASE<br>NO.: 18-24599-CMB |
| **ONEMAIN FINANCIAL GROUP, LLC**<br>　　　　　　　　　　**Movant**<br>　v.<br>**JOSEPH PANIGALL**<br>**SHELIA PANIGALL**<br>　　　　　　　　　**Respondent** | |

**WITHDRAWL OF ONE MAIN FINANCIAL GROUP,LLC's**
**MOTION FOR ADEQUATE PROTECTION**

To the Clerk:

　　Kindly withdraw the Motion for Adequate Protection filed on March 5, 2019, at docket no. 35 in the above matter.

　　　　　　　　　　　　　　　　　　**WEBER GALLAGHER SIMPSON**
　　　　　　　　　　　　　　　　　　**STAPLETON FIRES & NEWBY, LLP**

　　　　　　　　　　　　　　　　　　　/s/ Peter E. Meltzer
　　　　　　　　　　　　　　　　　　Peter E. Meltzer, Esquire
　　　　　　　　　　　　　　　　　　Identification No.: 39828, PA
　　　　　　　　　　　　　　　　　　Weber Gallagher
　　　　　　　　　　　　　　　　　　2000 Market Street, 13th Floor
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Ph: 267-295-3363
　　　　　　　　　　　　　　　　　　pmeltzer@wglaw.com
Dated: April 9, 2019　　　　　　　　Attorneys for Movant