Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph M. Panigall**
**Sheila A. Panigall**
   Debtor(s)

Bankruptcy Case No.: 18–24599–CMB

Chapter: 13
Docket No.: 49 – 44
Concil. Conf.: July 25, 2019 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __12th____ day of __June_____, _2019__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

       First Class US Mail

on the respondent(s) at (list names and addresses here):

       See attached mailing matrix.

Executed on _June 12, 2019_____    _/s/ Abagale Steidl_____
         (Date)                                (Signature)

Abagale Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

Label Matrix for local noticing
0315-2
Case 18-24599-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jun 12 13:47:15 EDT 2019

Aes/PHEAA
Po Box 61047
Harrisburg, PA 17106-1047

Aes/pheaa
Attn: Bankruptcy Dept
Po Box 2461
Harrisburg, PA 17105-2461

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438-0901

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Thomas A. Capehart
Gross McGinley, LLP
33 South 7th Street
P.O. Box 4060
Allentown, PA 18105-4060

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Na
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Na
Po Box 26625
Richmond, VA 23261-6625

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Comenity Bank/Victoria Secret
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret
Po Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank/HSN
Attn: Bankruptcy Dept
Po Box 18215
Columbus, OH 43218

Comenity Capital Bank/HSN
Po Box 182120
Columbus, OH 43218-2120

Comenitybank/New York
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Comenitybank/New York
Po Box 182789
Columbus, OH 43218-2789

Consumer Capital Advocates
3221 NW 10th Terrace, Suite 502
Fort Lauderdale, FL 33309-5942

Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395-1250

First Commonwealth Bank
601 Philadelphia St
Indiana, PA 15701-3952

(p)FIRST COMMONWEALTH BANK
PO BOX 400
INDIANA PA 15701-0400

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

First Source Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628

Hempfield Township Tax Collector
938 Saint Clair Way
Greensburg, PA 15601-3550

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201-3120

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

LVNV Funding/Resurgent Capital
Po Box 1269
Greenville, SC 29602-1269

Latrobe Federal Credit Union
1812 Ligonier Street
Latrobe, PA 15650-2917

Ligonier Country Club
Rt 711 South, Country Club Road
Ligonier, PA 15658

Peter E. Meltzer
Weber Gallagher Simpson Stapleton Fires
2000 Market Street, 13th Floor
Philadelphia, PA 19103-3204

ONEMAIN
PO BOX 3251
EVANSVILLE, IN
47731-3251

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708-1013

OneMain Financial
Po Box 1010
Evansville, IN 47706-1010

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Joseph M. Panigall
518 Salisbury Drive
Greensburg, PA 15601-6039

Sheila A. Panigall
518 Salisbury Drive
Greensburg, PA 15601-6039

Paypal Credit
PO Box 71202
Charlotte, NC 28272-1202

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Gas
PO Box 644760
Pittsburgh, PA 15264-4760

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541-1021

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Santander Bank
450 Penn St
Reading, PA 19602-1011

Santander Bank
Mail Code: MA1-MB3-01-21
2 Morrissey Boulevard
Boston, MA 02125-3312

Santander Bank, N.A.
c/o Thomas A. Capehart
33 S. Seventh Street
Allentown, PA 18101-2436

Santander Bank, N.A.
601 Penn Street
10-6438-FB7
Reading, PA 19601-3563

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165-0250

Abagale E. Steidl
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219-1908

Synchrony Bank/ JC Penneys
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/ JC Penneys
Po Box 965007
Orlando, FL 32896-5007

Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK  73124-8838

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

West Penn Power
5001 NASA Blvd
Fairmont, WV 26554-8248

West Penn Power
PO Box 3687
Akron, OH 44309-3687

Wilmington Savings Fund Society d/b/a/ Chris
C/O Select Portfolio Servicing
P.O. Box 6525
Salt Lake City, UT 84165-0250

Wilminington Savings Fund, et. al
C/O Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165-0250

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

First Commonwealth Bank
Attn: Bankruptcy
Po Box 400
Indiana, PA 15701

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)OneMain Financial

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

(u)Wilmington Savings Fund Society, FSB, d/b/

End of Label Matrix
Mailable recipients    74
Bypassed recipients    4
Total    78