IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | Case No. 18-24599 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Sheila A. Panigall, ) | Related to Document No. 48 |
| Social Security No. XXX-XX- 2261 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Westmoreland Center OPCO, LLC ) | |
| and Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 13, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Sheila A. Panigall
518 Salisbury Drive
Greensburg, PA 15601

Westmoreland Center OPCO, LLC
Attn: Payroll Dept.
2071 Flatbush Avenue, Suite 79
Brooklyn, NY 11234

Date of Service:      June 13, 2019         /s/ Abagale E. Steidl
                                            Abagale E. Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA I.D. 319217