IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Case No. 18-24599 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Sheila A. Panigall, | ) | Related to Document No. 64 |
| Social Security No. XXX-XX- 2261 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Westmoreland Center OPCO, LLC | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 9, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, TrusteeSheila A. Panigall
Suite 3250 – US Steel Tower518 Salisbury Drive
600 Grant StreetGreensburg, PA 15601
Pittsburgh, PA 15219

Westmoreland Center OPCO, LLC
Attn: Payroll Dept.
2071 Flatbush Avenue, Suite 79
Brooklyn, NY 11234

Date of Service:August 9, 2019/s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 319217