Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Joseph M. Panigall** : Case No. 18−24599−CMB
| **Sheila A. Panigall** : Chapter: 13
| *Debtor(s)* :
| :
| Santander Bank N.A. :
| *Movant,* : Related to Claim No. 21
| :
| v. :
| Joseph M. & Sheila A. Panigall :
| *Respondent.* :
| :
| :
| :
| :
| :
| :
| :
| :

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  5/12/2020 .

Dated: April 28, 2020

/s/ Nicole Shatkoff
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph M. Panigall  
Sheila A. Panigall  
    Debtors

Case No. 18-24599-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 1      Date Rcvd: Apr 28, 2020  
                              Form ID: 128      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.  
aty         +Abagale E. Steidl,   Steidl & Steinberg,   707 Grant Street,   28th Floor - Gulf Tower,   Pittsburgh, PA 15219-1908  
            +Thomas Capehart,   Gross McGinley LLP,   33 S. Seventh Street,   P.O. Box 4060,   Allentown, PA 18105-4060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:  
        Abagale E. Steidl    on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com,  
         julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Abagale E. Steidl    on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com,  
         julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter E. Meltzer    on behalf of Creditor    OneMain Financial bankruptcy@wglaw.com,  
         ibernatski@wglaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        Thomas A. Capehart    on behalf of Creditor    Santander Bank, N.A. jkacsur@grossmcginley.com,  
         ehutchinson@grossmcginley.com  
                                                                                                  TOTAL: 8