IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **18-24599** |
| **Joseph M. Panigall** | : | |
| **Sheila A. Panigall** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Joseph M. Panigall** | : | |
| **Sheila A. Panigall** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Abagale E. Steidl 319217**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Abagale E. Steidl**
  Signature
**Abagale E. Steidl 319217**
  Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
  Address
**412-391-8000 Fax:412-391-0221**
  Phone No.
**319217 PA**
  List Bar I.D. and State of Admission

Clearview Federal Credit Union
8805 University Blvd.,
Moon Twp., PA 15108