IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | Case No. 18-24599 CMB |
| Sheila A. Panigall | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | Docket No. |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**STATUS REPORT**

AND NOW, comes the Debtors, Joseph and Sheila Panigall, by and through their attorney, Abagale Steidl, and Steidl and Steinberg, P.C. and respectfully represents as follows:

1) The Debtors were approved to finance a vehicle by the consent order of court that was entered on June 30, 2020.

2) On July 20, 2020, the Debtors purchased a 2015 Nissan Sentra, financed by Clearview Federal Credit Union. Within days of the purchase, the vehicle was totaled in an automobile accident. The balance on that loan was paid off by the Debtors' insurance through State Farm and by the gap coverage that they elected to have when they financed the vehicle. The Debtors did not receive any funds from the totaling of the vehicle and there is no cause of action arising from the accident.

3) The Debtors then went on to finance a 2014 Volkswagen Passat, also with Clearview Federal Credit Union. A Report of Financing has been filed for that vehicle on September 23, 2020 at docket number 106.

WHEREFORE, the Debtors, Joseph and Sheila Panigall, respectfully file this status report.

Respectfully submitted,

September 23, 2020  
    DATE

/s/ Abagale Steidl  
Abagale Steidl, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No.  319217  
asteidl@steidl-steinberg.com