**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph M. Panigall**
**Sheila A. Panigall**
   Debtor(s)

Bankruptcy Case No.: 18–24599–CMB

Chapter: 13
Docket No.: 110 – 109
Concil. Conf.: November 19, 2020 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __28th__ day of __September__, __2020__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on __September 28, 2020__    __/s/ Abagale Steidl__
        (Date)                                    (Signature)

Abagale Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          AES/PHEAA                                Aes/pheaa
0315-2                                   Po Box 61047                             Attn: Bankruptcy Dept
Case 18-24599-CMB                        Harrisburg, PA 17106-1047                Po Box 2461
WESTERN DISTRICT OF PENNSYLVANIA                                                  Harrisburg, PA 17105-2461
Pittsburgh
Mon Sep 28 13:22:55 EDT 2020

Ally Financial                           Ally Financial                           Ally Financial
200 Renaissance Ctr                      Attn: Bankruptcy Dept                    PO Box 130424
Detroit, MI 48243-1300                   Po Box 380901                            Roseville MN 55113-0004
                                         Bloomington, MN 55438-0901


Thomas A. Capehart                       (p)CAPITAL ONE                           Capital One
Gross McGinley, LLP                      PO BOX 30285                             Attn: Bankruptcy
33 South 7th Street                      SALT LAKE CITY UT 84130-0285             Po Box 30285
P.O. Box 4060                                                                     Salt Lake City, UT 84130-0285
Allentown, PA 18105-4060

Capital One Bank (USA), N.A.             Capital One Bank (USA), N.A.             Capital One Na
PO Box 71083                             by American InfoSource as agent          Attn: General Correspondence/Bankruptcy
Charlotte, NC  28272-1083                PO Box 71083                             Po Box 30285
                                         Charlotte, NC  28272-1083                Salt Lake City, UT 84130-0285


Capital One Na                           Capital One, N.A.                        Clearview Federal Credit Union
Po Box 26625                             c/o Becket and Lee LLP                   8805 University Blvd.,
Richmond, VA 23261-6625                  PO Box 3001                              Moon Twp., PA 15108-4212
                                         Malvern PA 19355-0701


Comenity Bank/Victoria Secret            Comenity Bank/Victoria Secret            Comenity Capital Bank/HSN
Attn: Bankruptcy Dept                    Po Box 182789                            Attn:  Bankruptcy Dept
Po Box 182125                            Columbus, OH 43218-2789                  Po Box 18215
Columbus, OH 43218-2125                                                           Columbus, OH 43218


Comenity Capital Bank/HSN                Comenitybank/New York                    Comenitybank/New York
Po Box 182120                            Attn:  Bankruptcy Dept                   Po Box 182789
Columbus, OH 43218-2120                  Po Box 182125                            Columbus, OH 43218-2789
                                         Columbus, OH 43218-2125


Consumer Capital Advocates               Credit One Bank                          Credit One Bank
3221 NW 10th Terrace, Suite 502          Attn: Bankruptcy                         Po Box 98872
Fort Lauderdale, FL 33309-5942           Po Box 98873                             Las Vegas, NV 89193-8872
                                         Las Vegas, NV 89193-8873


Fingerhut                                Fingerhut                                First Commonwealth Bank
6250 Ridgewood Road                      Attn: Bankruptcy                         601 Philadelphia St
Saint Cloud, MN 56303-0820               Po Box 1250                              Indiana, PA 15701-3952
                                         Saint Cloud, MN 56395-1250


(p)FIRST COMMONWEALTH BANK               First Premier Bank                       First Premier Bank
PO BOX 400                               3820 N Louise Ave                        Attn: Bankruptcy
INDIANA PA 15701-0400                    Sioux Falls, SD 57107-0145               Po Box 5524
                                                                                  Sioux Falls, SD 57117-5524
```

| | | |
|---|---|---|
| First Source Advantage, LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 | Hempfield Township Tax Collector<br>938 Saint Clair Way<br>Greensburg, PA 15601-3550 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding/Resurgent Capital<br>Po Box 1269<br>Greenville, SC 29602-1269 |
| Latrobe Federal Credit Union<br>1812 Ligonier Street<br>Latrobe, PA 15650-2917 | Ligonier Country Club<br>Rt 711 South, Country Club Road<br>Ligonier, PA 15658 | Peter E. Meltzer<br>Weber Gallagher Simpson Stapleton Fires<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103-3204 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN<br>47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Joseph M. Panigall<br>518 Salisbury Drive<br>Greensburg, PA 15601-6039 | Sheila A. Panigall<br>518 Salisbury Drive<br>Greensburg, PA 15601-6039 |
| Paypal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Santander Bank<br>450 Penn St<br>Reading, PA 19602-1011 |
| Santander Bank<br>Mail Code: MA1-MB3-01-21<br>2 Morrissey Boulevard<br>Boston, MA 02125-3312 | Santander Bank, N.A.<br>c/o Thomas A. Capehart<br>33 S. Seventh Street<br>Allentown, PA 18101-2436 | Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601-3563 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>PO Box 3687<br>Akron, OH 44309-3687 |
| Wilmington Savings Fund Society d/b/a/ Chris<br>C/O Select Portfolio Servicing<br>P.O Box 6525<br>Salt Lake City, UT 84165-0250 | Wilminington Savings Fund, et. al<br>C/O Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | First Commonwealth Bank<br>Attn: Bankruptcy<br>Po Box 400<br>Indiana, PA 15701 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)OneMain Financial | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | (u)Wilmington Savings Fund Society, FSB, d/b/ | End of Label Matrix<br>Mailable recipients    77<br>Bypassed recipients     5<br>Total                  82 |