IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | Case No. 18-24599 CMB |
| Sheila A. Panigall | ) | |
|   Debtors | ) | Chapter 13 |
| | ) | Docket No. |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall | ) | |
|   Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|   Respondents | ) | |

## **CONSENT ORDER AMENDING CONFIRMATION ORDER DATED JUNE 30, 2020**

AND NOW, come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on November 28, 2018;
2. The Debtors sought an order permitting post-petition vehicle financing. That order was entered on June 30, 2020 at Doc. 92.
3. Debtors were approved for financing through Clearview Federal Credit Union. The monthly payment is $186.00 and the first payment is due by October 5, 2020. The Debtors have provided the Trustee with the account number.
4. Debtors have filed an amended plan to include the new obligation, but the confirmation hearing has not yet been scheduled.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' wage attachment does not need to be amended as it is adequately funded to provide for the newer amended plan figure.
7. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The June 30, 2020, order confirming Debtors' plan dated April 1, 2020, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments to Clearview Federal Credit Union in the monthly sum of $186.00 beginning with the

    first payment due October 5, 2020 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Abagale Steidl
Abagale Steidl,
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Dated: September 28, 2020

FILED
9/28/20 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA