IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph M. Panigall ) | Case No. 18-24599 CMB |
| Sheila A. Panigall ) | |
|   Debtors ) | Chapter 13 |
| ) | Docket No. |
| Joseph M. Panigall ) | |
| Sheila A. Panigall ) | |
|   Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
|   Respondents ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED JUNE 30, 2020

AND NOW, come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on November 28, 2018;
2. The Debtors sought an order permitting post-petition vehicle financing. That order was entered on June 30, 2020 at Doc. 92.
3. Debtors were approved for financing through Clearview Federal Credit Union. The monthly payment is $186.00 and the first payment is due by October 5, 2020. The Debtors have provided the Trustee with the account number.
4. Debtors have filed an amended plan to include the new obligation, but the confirmation hearing has not yet been scheduled.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' wage attachment does not need to be amended as it is adequately funded to provide for the newer amended plan figure.
7. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The June 30, 2020, order confirming Debtors' plan dated April 1, 2020, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments to Clearview Federal Credit Union in the monthly sum of $186.00 beginning with the

   first payment due October 5, 2020 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Abagale Steidl
Abagale Steidl,
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee


_____    Dated: September 28, 2020
Carlota M. Böhm
Chief United States Bankruptcy Court Judge




FILED
9/28/20 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24599-CMB

Joseph M. Panigall  Chapter 13

Sheila A. Panigall

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 4

Date Rcvd: Sep 28, 2020      Form ID: pdf900      Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 14956141 | + | AES/PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956142 | + | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14978284 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956155 | #+ | Consumer Capital Advocates, 3221 NW 10th Terrace, Suite 502, Fort Lauderdale, FL 33309-5942 |
| 14956162 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14956163 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14956164 | | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14956165 | + | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956169 | + | Latrobe Federal Credit Union, 1812 Ligonier Street, Latrobe, PA 15650-2917 |
| 14956170 | | Ligonier Country Club, Rt 711 South, Country Club Road, Ligonier, PA 15658 |
| 14971905 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14956178 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14976738 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14956181 | + | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 14956182 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14989949 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14989766 | | Wilmington Savings Fund Society d/b/a/ Christiana, C/O Select Portfolio Servicing, P.O Box 6525, Salt Lake City, UT 84165-0250 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14956144 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2020 02:50:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14961393 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2020 02:50:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14956143 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2020 02:50:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14956145 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:05:53 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956146 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:05:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969568 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:05:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14988848 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:06:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14956148 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 18-24599-CMB   Doc 114   Filed 09/30/20   Entered 10/01/20 01:13:29   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | Total Noticed: 68 |

| ID | | Notice method | Time | Recipient |
|---|---|---|---|---|
| | | | Sep 29 2020 03:05:53 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956147 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:08:02 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 15291681 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 29 2020 02:51:00 | Clearview Federal Credit Union, 8805 University Blvd.,, Moon Twp., PA 15108-4212 |
| 14956149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 02:51:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14956150 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 02:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 02:51:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14956152 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 02:51:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14956154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 02:51:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 02:51:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14956157 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2020 03:05:54 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14956156 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2020 03:06:59 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14956161 | | Email/Text: bankruptcynotice@fcbanking.com | Sep 29 2020 02:50:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 14956159 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 29 2020 02:51:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14956158 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 29 2020 02:51:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14956160 | + | Email/Text: bankruptcynotice@fcbanking.com | Sep 29 2020 02:50:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14968549 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2020 02:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14956167 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 29 2020 02:50:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14956168 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 29 2020 02:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160134 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:05:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966102 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:05:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956171 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:05:56 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:05:56 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972583 | | Email/PDF: cbp@onemainfinancial.com | Sep 29 2020 03:08:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN, 47731-3251 |
| 14956176 | + | Email/PDF: cbp@onemainfinancial.com | Sep 29 2020 03:05:51 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14956175 | + | Email/PDF: cbp@onemainfinancial.com | Sep 29 2020 03:05:52 | OneMain Financial, Po Box 1010, Evansville, IN |

Case 18-24599-CMB    Doc 114    Filed 09/30/20    Entered 10/01/20 01:13:29    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14956179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2020 03:07:00 | | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14985934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2020 03:05:55 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14957422 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2020 03:07:00 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956177 | | Email/PDF: gecsedi@recoverycorp.com Sep 29 2020 03:08:01 | | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14956180 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2020 03:08:03 | | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14967519 | + | Email/Text: JCAP_BNC_Notices@jcap.com Sep 29 2020 02:51:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14985616 | | Email/Text: bnc-quantum@quantum3group.com Sep 29 2020 02:51:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14985615 | | Email/Text: bnc-quantum@quantum3group.com Sep 29 2020 02:51:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14990591 | + | Email/Text: bncmail@w-legal.com Sep 29 2020 02:51:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14956184 | + | Email/Text: jennifer.chacon@spservicing.com Sep 29 2020 02:52:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956183 | + | Email/Text: jennifer.chacon@spservicing.com Sep 29 2020 02:52:00 | | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956186 | + | Email/PDF: gecsedi@recoverycorp.com Sep 29 2020 03:05:52 | | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14956185 | + | Email/PDF: gecsedi@recoverycorp.com Sep 29 2020 03:06:57 | | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14983968 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2020 03:05:56 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14956187 | | Email/Text: bankruptcy@firstenergycorp.com Sep 29 2020 02:51:00 | | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14986301 | + | Email/Text: bankruptcy@firstenergycorp.com Sep 29 2020 02:51:00 | | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989768 | | Email/Text: jennifer.chacon@spservicing.com Sep 29 2020 02:52:00 | | Wilminington Savings Fund, et. al, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14956166 | *+ | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956172 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956174 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

jdb          *+          Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |
| Thomas A. Capehart | on behalf of Creditor Santander Bank N.A. jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com |

TOTAL: 8