Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph M. Panigall
Sheila A. Panigall**
   Debtor(s)

Bankruptcy Case No.: 18−24599−CMB
Per November 19, 2020 Proceeding
Chapter: 13
Docket No.: 115 − 109, 110
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 22, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Santander Bank (Cl #21) following notices of payment change of record .

- ☑ H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

    The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: One Main (Cl #8).

    Peoples Natural Gas to be paid per order dated 02/12/20 at Doc. 80.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 20, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph M. Panigall  
Sheila A. Panigall  
    Debtor(s)

Case No. 18-24599-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 4  
Date Rcvd: Nov 20, 2020      Form ID: 149      Total Noticed: 68

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 14956141 | + | AES/PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956142 | + | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14978284 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14956155 | #+ | Consumer Capital Advocates, 3221 NW 10th Terrace, Suite 502, Fort Lauderdale, FL 33309-5942 |
| 14956162 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14956163 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14956164 | | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14956165 | + | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956169 | + | Latrobe Federal Credit Union, 1812 Ligonier Street, Latrobe, PA 15650-2917 |
| 14956170 | | Ligonier Country Club, Rt 711 South, Country Club Road, Ligonier, PA 15658 |
| 14971905 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14956178 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14976738 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14956182 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14956181 | + | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 14989949 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14989766 | | Wilmington Savings Fund Society d/b/a/ Christiana, C/O Select Portfolio Servicing, P.O Box 6525, Salt Lake City, UT 84165-0250 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14956144 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2020 01:43:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14961393 | | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2020 01:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14956143 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2020 01:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14956145 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:31:22 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956146 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:31:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969568 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:33:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14988848 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:32:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14956148 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 18-24599-CMB    Doc 117    Filed 11/22/20    Entered 11/23/20 00:30:46    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: gamr | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 149 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 21 2020 01:33:53 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956147 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:33:53 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 15291681 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 21 2020 01:44:00 | Clearview Federal Credit Union, 8805 University Blvd.,, Moon Twp., PA 15108-4212 |
| 14956149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14956150 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14956152 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14956154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14956157 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2020 01:31:23 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14956156 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2020 01:32:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14956161 | | Email/Text: bankruptcynotice@fcbanking.com | Nov 21 2020 01:43:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 14956159 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 21 2020 01:44:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14956158 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 21 2020 01:44:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14956160 | + | Email/Text: bankruptcynotice@fcbanking.com | Nov 21 2020 01:43:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14968549 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2020 01:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14956167 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2020 01:43:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14956168 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2020 01:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160134 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 01:32:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966102 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 01:32:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956171 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 01:31:25 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 01:31:26 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972583 | | Email/PDF: cbp@onemainfinancial.com | Nov 21 2020 01:31:20 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN, 47731-3251 |
| 14956176 | + | Email/PDF: cbp@onemainfinancial.com | Nov 21 2020 01:33:50 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14956175 | + | Email/PDF: cbp@onemainfinancial.com | Nov 21 2020 01:32:35 | OneMain Financial, Po Box 1010, Evansville, IN |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: 149 | Total Noticed: 68 |

| Recip ID | | Method / Address | Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14956179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2020 01:33:56 | | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14985934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2020 01:33:55 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14957422 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2020 01:31:24 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956177 | | Email/PDF: gecsedi@recoverycorp.com Nov 21 2020 01:32:36 | | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14956180 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2020 01:33:56 | | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14967519 | + | Email/Text: JCAP_BNC_Notices@jcap.com Nov 21 2020 01:44:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14985616 | | Email/Text: bnc-quantum@quantum3group.com Nov 21 2020 01:44:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14985615 | | Email/Text: bnc-quantum@quantum3group.com Nov 21 2020 01:44:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14990591 | + | Email/Text: bncmail@w-legal.com Nov 21 2020 01:44:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14956184 | + | Email/Text: jennifer.chacon@spservicing.com Nov 21 2020 01:45:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956183 | + | Email/Text: jennifer.chacon@spservicing.com Nov 21 2020 01:45:00 | | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956186 | + | Email/PDF: gecsedi@recoverycorp.com Nov 21 2020 01:32:36 | | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14956185 | + | Email/PDF: gecsedi@recoverycorp.com Nov 21 2020 01:32:36 | | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14983968 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2020 01:32:44 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14956187 | | Email/Text: bankruptcy@firstenergycorp.com Nov 21 2020 01:44:00 | | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14986301 | + | Email/Text: bankruptcy@firstenergycorp.com Nov 21 2020 01:44:00 | | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989768 | | Email/Text: jennifer.chacon@spservicing.com Nov 21 2020 01:45:00 | | Wilminington Savings Fund, et. al, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14956166 | *+ | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956172 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956174 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor OneMain Financial bankruptcy@wglaw.com  ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas A. Capehart | on behalf of Creditor Santander Bank  N.A. jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com |

TOTAL: 8