IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Joseph M. Panigall | : | Case No. 18-24599-CMB |
| Sheila A. Panigall | : | |
|     Debtor(s) | : | Chapter 13 |
| Ronda J. Winnecour, Trustee | : | |
|     Movant(s) | : | Re Claim: #7 |
| vs. | : | |
| PHEAA FRN | : | Hearing Date |
| | : | |
|     Respondent(s) | : | |

## TRUSTEE'S MOTION TO COMPEL CREDITOR
## TO RESTRICT PUBLIC ACCESS TO CLAIM

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel respectfully represents the following: creditor

1. The Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code on November 28, 2019. Ronda J. Winnecour was subsequently and duly appointed Chapter 13 Trustee in this case.

2. The Movant is Ronda J. Winnecour, Chapter 13 Trustee for the Western District of Pennsylvania.

3. On December 31, 2018, PHEAA FRN (Respondent) filed Proof of Claim 7 in the amount of $12,390.70.

4. The Respondent's claim includes attachments which provide personal identifiers, including a social security number.

5. Federal Rule of Bankruptcy Procedure 9037 requires that claimant/respondent redact the social security number so that only the last four digits are visible.

6. The Respondent's claim should be redacted using local form 37 to redact the attachments to the claim.

7. Furthermore, due to the uniquely sensitive nature of a social security number, the Trustee requests that Respondent provide a year of credit monitoring for the Debtors.

WHEREFORE, the Trustee requests that the Respondent be ordered to comply with the bankruptcy rules for restricting public access by filing local form 37 within 30 days of the order, and that the Court order that the claim shall be automatically disallowed if the Respondent fails to timely comply with the order, also that the Court order the Respondent to provide a year of credit monitoring for the Debtors.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

<u>7-26-2021</u>                              by       <u>/s/ Katherine DeSimone</u>
Katherine DeSimone (PA I.D. #42575)
Attorney for the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Joseph M. Panigall | : | Case No. 18-24599-CMB |
| Sheila A. Panigall | : | |
| Debtor(s) | : | Chapter 13 |
| Ronda J. Winnecour, Trustee | : | |
| Movant(s) | : | Re Claim: #7 |
| vs. | : | |
| PHEAA FRN | : | Hearing Date |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of July 2021, I served one true and correct copy of the Motion, Proposed Order, and Notice of Hearing with Response Deadline on the following parties in interest by United States first-class mail, postage prepaid, unless otherwise stated, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA  15222

Joseph and Sheila Panigall
518 Salisbury Drive
Greensburg, PA  15601

Abagale E. Steidl, Esquire
Steidl & Steinberg
707 Grant Street
28th Floor – Gulf Tower
Pittsburgh, PA  15219

PHEAA
PO Box 8147
Harrisburg, PA  17105

PHEAA
PO Box 1347
Buffalo, NY  14240

James H. Steeley, CEO
PHEAA
331 Innovation Boulevard
State College, PA  16803
*served by Certified Mail

/s/Rosa M. Richard\_\_\_\_\_
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566