IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Joseph M. Panigall )<br>Sheila A. Panigall )<br>　　Debtor(s) )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>　　Movant, )<br> )<br>　　　Vs. )<br>Joseph M. Panigall )<br>Sheila A. Panigall )<br>　　Respondent(s) ) | Case No:  18-24599 CMB<br>Chapter 13 |

### CERTIFICATION OF NO OBJECTION REGARDING
### TRUSTEE'S MOTION TO COMPEL CREDITOR TO RESTRICT PUBLIC ACCESS TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on July 26, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon.  Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than August 16, 2021.

8/17/2021

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com