# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-24599-CMB |
| JOSEPH M. PANIGALL<br>SHEILA A. PANIGALL | Chapter 13 |
| Debtors | Related to Claim No. 7 |
| RONDA J. WINNECOUR, TRUSTEE | |
| Movant, | |
| v. | |
| PHEAA FRN | |
| Respondent | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Creditor Pennsylvania Higher Education Assistance Agency

Dated:  September 15, 2021    Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Meryl Macklin*
Meryl Macklin
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  meryl.macklin@bclplaw.com

*Counsel for Defendant Pennsylvania Higher Education Assistance Agency*

604182976.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on September 15, 2021, a copy of the foregoing document has been e-filed using the CM/ECF system, which will send notification of such filing, to each of the following parties:

Abagale E. Steidl, Esq.
Steidl & Steinberg
707 Grant Street
28th Floor – Gulf Tower
Pittsburgh, PA 15219
*Counsel for Debtors Joseph M. Panigall and Sheila A. Panigall*

Joseph S. Sisca, Esq.
Assistant U.S. Trustee
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Katherine DeSimone, Esq.
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
*Counsel for Trustee Kathernine DeSimone*

                              */s/ Meryl Macklin*

604182976.1