IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-24599-CMB |
| JOSEPH M. PANIGALL<br>SHEILA A. PANIGALL | Chapter 13 |
| Debtors | Related to Claim No. 7 |
| RONDA J. WINNECOUR, TRUSTEE | |
| Movant, | |
| v. | |
| PHEAA FRN | |
| Respondent | |

**MOTION FOR WITHDRAWAL OF APPEARANCE
AND TERMINATION OF CM/ECF RECORD**

AND NOW comes attorney Meryl Macklin ("Attorney Macklin"), counsel to Creditor Pennsylvania Higher Education Assistance Agency ("PHEAA") in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client PHEAA in the above-captioned case, and (b) has informed and received the consent of PHEAA to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Attorney Macklin requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Dated:  October 27, 2021         Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Meryl Macklin
Meryl Macklin
Three Embarcadero Center, 7th Floor

San Francisco, California 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: meryl.macklin@bclplaw.com

## **ORDER**

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that attorney Meryl Macklin is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date:

_____
United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on October 27, 2021, a copy of the foregoing document has been e-filed using the CM/ECF system, which will send notification of such filing, to each of the following parties:

Abagale E. Steidl, Esq.
Steidl & Steinberg
707 Grant Street
28th Floor – Gulf Tower
Pittsburgh, PA 15219
*Counsel for Debtors Joseph M. Panigall and Sheila A. Panigall*

Joseph S. Sisca, Esq.
Assistant U.S. Trustee
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Katherine DeSimone, Esq.
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
*Counsel for Trustee Kathernine DeSimone*

                                                  */s/ Meryl Macklin*