# **ORDER**

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that attorney Meryl Macklin is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date:
_____
United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**

2