## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-24599-CMB |
| JOSEPH M. PANIGALL<br>SHEILA A. PANIGALL | Chapter 13 |
| Debtors | Related to Claim No. 7 |
| RONDA J. WINNECOUR, TRUSTEE | |
| Movant, | |
| v. | |
| PHEAA FRN | |
| Respondent | |

### [PROPOSED] ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that attorney Meryl Macklin is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____

United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on October 29, 2021, a copy of the foregoing document has been e-filed using the CM/ECF system, which will send notification of such filing, to each of the following parties:

Abagale E. Steidl, Esq.
Steidl & Steinberg
707 Grant Street
28th Floor – Gulf Tower
Pittsburgh, PA 15219
*Counsel for Debtors Joseph M. Panigall and Sheila A. Panigall*

Joseph S. Sisca, Esq.
Assistant U.S. Trustee
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Katherine DeSimone, Esq.
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
*Counsel for Trustee Kathernine DeSimone*

                                          */s/ Meryl Macklin*