# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| JOSEPH M. PANIGALL and ) | Case No. 18-24599-CMB |
| SHEILA A. PANIGALL ) | |
|     Debtors ) | |
| ) | |
| THOMAS A. CAPEHART, ESQUIRE and ) | re doc. 155 |
| KELLIE RAHL-HEFFNER. ESQUIRE ) | |
|     Movants ) | |
| vs. ) | |
| ) | MOTION FOR WITHDRAWAL AND |
| JOSEPH M. PANIGALL and ) | SUBSTITUTION OF APPEARANCE OF |
| SHEILA A. PANIGALL, ) | COUNSEL |
|     RESPONDENTS ) | |

## ORDER

AND NOW this 22nd day of December 2021, upon consideration of the Motion of Thomas A. Capehart, Esquire and Kellie Rahl-Heffner Esquire seeking leave of court for the withdrawal and substitution of counsel under W.PA.LBR 1910.2(e), and it appearing that leave of court is warranted and appropriate,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FUTHER ORDERED that the appearance of Thomas A. Capehart, Esquire as counsel for the affected client, Santander Bank, N.A., is hereby withdrawn and the appearance of Kellie Rahl-Heffner is hereby substituted as counsel for the affected client, Santander Bank, N.A., in the above matter.

The Clerk shall promptly note the substitution of appearance of counsel on the docket in this matter.

BY THE COURT:

_____ dmk
CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY JUDGE

FILED
12/22/21 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                Case No. 18-24599-CMB
Joseph M. Panigall                                                                                                                     Chapter 13
Sheila A. Panigall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dpas                                        Page 1 of 2
Date Rcvd: Dec 22, 2021                Form ID: pdf900                             Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol        Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| | + | Thomas A. Capehart, Esquire, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021                                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | |
| | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | |
| | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 3 |

Kellie Rahl-Heffner
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas A. Capehart
    on behalf of Creditor Santander Bank N.A. jkacsur@grossmcginley.com

TOTAL: 9