IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Case No. 18-24599 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Joseph M. Panigall, | ) | Related to Document No. 184 |
| Social Security No. XXX-XX- 2626 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| 3C, LLC and Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 19, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Joseph M. Panigall
518 Salisbury Drive
Greensburg, PA 15601

3C, LLC
Attn: Amy Phillips
8500 E 116th St, Unit 443
Fishers, IN 46038

**Service by CM/ECF Mail:**
Ronda J. Winnecour, Trustee

Date of Service:     September 19, 2022     /s/ Abagale E. Steidl
                                            Abagale E. Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA I.D. 319217