IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Case No. 18-24599 CMB |
|    *Debtor* | ) | Chapter 13 |
| | ) | |
| Sheila A. Panigall, | ) | Related to Document No. 188 |
| Social Security No. XXX-XX- 2261 | ) | |
|    *Movant* | ) | |
| | ) | |
|    *vs.* | ) | |
| | ) | |
| Select Specialty Hospital - Pittsburgh - UPMC | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
|    *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 20, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Sheila A. Panigall
518 Salisbury Drive
Greensburg, PA 15601

Select Specialty Hospital - Pittsburgh - UPMC
Attn: Payroll Dept.
3459 5th Avenue, MUH S872
Pittsburgh, PA 15213-3236

**Service by CM/ECF Mail:**
Ronda J. Winnecour, Trustee

Date of Service: September 20, 2022         /s/ Abagale E. Steidl
                                                                                            Abagale E. Steidl, Esquire
                                                                                    STEIDL & STEINBERG
                                                                                    28th Floor, Gulf Tower
                                                                                    707 Grant Street
                                                                                    Pittsburgh, PA 15219
                                                                                    (412) 391-8000
                                                                                    PA I.D. 319217