**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| JOSEPH M. PANIGALL and | ) | Case No. 18-24599-CMB |
| SHEILA A. PANIGALL | ) | |
| **Debtors** | ) | |
| | ) | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | STIPULATED ORDER |
| SANTANDER BANK, N.A. | ) | Hearing Date: Oct. 13, 2022 |
| RESPONDENT | ) | Response Deadline: Sept. 26, 2022 |
| | ) | Related Documents: 173 & 174 |

**STIPULATED ORDER TO EXTEND RESPONSE DATE ON TRUSTEE'S MOTION TO PRECLUDE NOTICES OF POST-PETITION MORTTGAGE FEES, EXPENSES AND CHARGES**

_____

AND NOW, this _____ day of _____, 2022, SANTANDER BANK, N.A., ("Santander"), by and through its attorney, Kellie Rahl-Heffner, Esquire of Gross McGinley LLP, and Trustee, Ronda J. Winnecour, ("Trustee"), agree and stipulate to extend the Response Date on the Trustee's Motion to Preclude Notices of Post-Petition Mortgage Fees, Expenses and charges as follows:

1. The Parties are currently negotiating a resolution to this Motion but need additional time to finalize a Stipulation. The parties anticipate having the Stipulation resolving this matter filed prior to the hearing date of October 13, 2022.

2. The Parties agree to extend the Response Date on the within Motion to October 10, 2022. If a settlement Stipulation is not finalized on or before October 10, 2022, Santander Bank will file a response to the Motion.

| | |
|---|---|
| */s/Kellie Rahl-Heffner, Esq.* | */s/ James Warmbrodt, Esq.* |
| Kellie Rahl-Heffner, Esquire | Ronda J. Winnecour – Chapter 13 Trustee |
| Attorney for Santander Bank | By: James Warmbrodt, Esquire |
| Attorney ID No. 200962 | Attorney ID No. 42524 |

ORDERED AND APPROVED BY THE COURT:

_____
Chief Judge: Carlota M. Bohm