IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| JOSEPH M. PANIGALL and ) | Case No. 18-24599-CMB |
| SHEILA A. PANIGALL ) | |
|     **Debtors** ) | |
| ) | re doc. 191 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE ) | |
|     Movant ) | |
|     vs. ) | |
| ) | STIPULATED ORDER |
| SANTANDER BANK, N.A. ) | Hearing Date: Oct. 13, 2022 |
|     RESPONDENT ) | Response Deadline: Sept. 26, 2022 |
| ) | Related Documents: 173 & 174 |

**STIPULATED ORDER TO EXTEND RESPONSE DATE ON TRUSTEE'S MOTION TO PRECLUDE NOTICES OF POST-PETITION MORTTGAGE FEES, EXPENSES AND CHARGES**

AND NOW, this __26th__ day of __September__, 2022, SANTANDER BANK, N.A., ("Santander"), by and through its attorney, Kellie Rahl-Heffner, Esquire of Gross McGinley LLP, and Trustee, Ronda J. Winnecour, ("Trustee"), agree and stipulate to extend the Response Date on the Trustee's Motion to Preclude Notices of Post-Petition Mortgage Fees, Expenses and charges as follows:

1. The Parties are currently negotiating a resolution to this Motion but need additional time to finalize a Stipulation. The parties anticipate having the Stipulation resolving this matter filed prior to the hearing date of October 13, 2022.

2. The Parties agree to extend the Response Date on the within Motion to October 10, 2022. If a settlement Stipulation is not finalized on or before October 10, 2022, Santander Bank will file a response to the Motion.

| | |
|---|---|
| */s/Kellie Rahl-Heffner, Esq.* | */s/ James Warmbrodt, Esq.* |
| Kellie Rahl-Heffner, Esquire | Ronda J. Winnecour – Chapter 13 Trustee |
| Attorney for Santander Bank | By: James Warmbrodt, Esquire |
| Attorney ID No. 200962 | Attorney ID No. 42524 |

ORDERED AND APPROVED BY THE COURT:

*[signature]*
Chief Judge: Carlota M. Bohm     **dmk**

FILED
9/26/22 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24599-CMB |
| Joseph M. Panigall | Chapter 13 |
| Sheila A. Panigall | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8