# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| **JOSEPH M. PANIGALL and** ) | Case No. 18-24599-CMB |
| **SHEILA A. PANIGALL** ) | |
| **Debtors** ) | |
| ) | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE ) | |
| Movant ) | |
| vs. ) | |
| ) | STIPULATION TO RESOLVE TRUSTEE'S |
| SANTANDER BANK, N.A. ) | MOTION TO PRECLUDE NOTICES OF |
| RESPONDENT ) | POST-PETITION MORTGAGE FEES, |
| ) | EXPENSES AND CHARGES |

### STIPULATED ORDER RESOLVING TRUSTEE'S MOTION TO PRECLUDE NOTICES OF POST-PETITION MORTTGAGE FEES, EXPENSES AND CHARGES
_____

AND NOW, this _____ day of _____, 2022, SANTANDER BANK, N.A., ("Santander"), by and through its attorney, Kellie Rahl-Heffner, Esquire of Gross McGinley LLP, and Trustee, Ronda J. Winnecour, ("Trustee"), agree and stipulate to resolve the Trustee's Motion to Preclude Notices of Post-Petition Mortgage Fees, Expenses and charges as follows:

1. Santander admits to the filing of the Notices of Post-Petition Mortgage Fees, Expenses and Charges as alleged in the Trustee's Motion and that attorneys fees for the filing of the Notices were charged to the Debtors loan with Santander.

2. As of the date of this Stipulation, Santander Bank has waived all attorneys fees and costs on the Debtors loan, associated with the filing of the Notices of Post-Petition Mortgage Fees, Expenses and Charges totaling $1,282.00.

3. Santander has applied for and received limited user filing capabilities in the Western District Bankruptcy Court and all future Notices of Payment Changes will be filed directly by Santander Bank as opposed to Santander's Bankruptcy Counsel which resulted in the instant Post-Petition Mortgage Fees, Expenses and Charges being assessed to the Debtors loan.

4. Santander agrees to withdraw the Notices of Post-Petition Mortgage Fees, Expenses and Charges as outlined in the Trustee's Motion and has already given credit back to the Debtors for such charges. A true and correct copy of the loan payment history showing the credit for such charges totaling $1,282.00 and an Affidavit of Santander Bank are attached hereto as **Exhibit "A"** and incorporated herein by reference.

5. Santander is precluded from filing any further Notices of Post-Petition Mortgage Fees, Expenses and Charges that relate directly to the filing of Notices of Payment Changes on the Debtors loan.

6. Santander agrees that it will not assess any fees or costs associated with the preparation of this Stipulation to the debtors or their loan.

**7.** The Parties having agreed that this Stipulated Order resolves all matters related to the Trustee's Motion and the hearing scheduled on this matter for October 13, 2022 is hereby cancelled.

Gross McGinley, LLP

*/s/ Kellie Rahl Heffner, Esq.*  
Kellie Rahl-Heffner, Esquire  
Attorney for Santander Bank  
Attorney ID No. 200962

*/s/Jame Warmbrodt, Esq.*  
Ronda J. Winnecour – Chapter 13 Trustee  
By: James Warmbrodt, Esquire  
Attorney ID No. 42524

ORDERED AND APPROVED BY THE COURT:

_____
Chief Judge: Carlota M. Bohm

# EXHIBIT "A"

**RESTRICTED-CONFIDENTIAL**

# Santander

Mail Code: 10-421-CN2
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

778-0.5400 000003BFXALLZ 1/2 BIN:0 0-3111
JOSEPH PANIGALL
SHEILA A PANIGALL
518 SALISBURY DR
GREENSBURG PA 15601-6039

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Account Number: | |
| Statement Date: | 09-23-2022 |
| Statement Period From: | 08-24-2022 |
| Statement Period Through: | 09-23-2022 |
| Days in Statement Period: | 31 |
| Current Balance: | $51,892.51 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| **Minimum Payment:** | $25,931.00 |
| **Payment Due Date:** | 10-20-2022 |

---

**Important Message**
Starting April 26, 2021, the payment mailing address in your initial account agreement is no longer valid.  As of April 26, 2021, all payments must be mailed to:   P.O. Box 847051, Boston, MA  02284-7051
The new mailing address does not affect automatic payments from a Santander account and your statements and return envelopes will show the new address.  Please take note of the new address and update your records.
Member FDIC.

---

### ACCOUNT BILLING SUMMARY

| | |
|---|---:|
| Principal Due | $1,119.64 |
| **INTEREST CHARGE** Due | **$237.99** |
| Past Due Amount | $24,288.37 |
| Late Charges Due | $0.00 |
| Fees Due | $285.00 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$25,931.00** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---:|
| Beginning Balance | $53,658.48 |
| Advances | $0.00 |
| Payment Received | $2,056.46 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$237.99** |
| Late Charges | $0.00 |
| Fees | $52.50 |
| Adjustments | $0.00 |
| Ending Balance | $51,892.51 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---:|---|---:|
| Periodic Rate From | 08-24-2022 | Periodic **INTEREST CHARGE** | $237.99 |
| Periodic Rate Through | 09-23-2022 | **ANNUAL PERCENTAGE RATE** | 5.5000 |
| Payment Amount | $1,357.63 | | |
| Daily Periodic Rate * | 0.0001506849 | | |
| Balance Subject to Interest Rate | $50,947.25 | Ending Principal | $50,648.48 |

   * The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---:|---:|
| | 08-24-2022 | BEGINNING PRINCIPAL | | $51,135.95 |
| 09-09-2022 | 09-09-2022 | PAYMENT RECEIVED - THANK YOU | $52.50 | $51,135.95 |
| | | FORECLOSURE ATTORNEY COST | $52.50 | |
| 09-14-2022 | 09-12-2022 | PAYMENT RECEIVED - THANK YOU | $487.47 | $50,648.48 |
| | | TO PRINCIPAL | $487.47 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $112.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $112.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $81.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $81.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $126.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $126.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $90.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $90.00 | |

---

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 10-20-2022 | $25,931.00 | |

JOSEPH PANIGALL
SHEILA A PANIGALL
518 SALISBURY DR
GREENSBURG PA 15601-6039

**Make Check Payable To:**

Santander Bank, N.A.
P.O. Box 847051
Boston, MA 02284-7051

**Santander**

Mail Code: 10-421-CN2
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Account Number: | |
| Statement Date: | 09-23-2022 |
| Statement Period From: | 08-24-2022 |
| Statement Period Through: | 09-23-2022 |
| Days in Statement Period: | 31 |
| Current Balance: | $51,892.51 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| **Minimum Payment:** | **$25,931.00** |
| **Payment Due Date:** | **10-20-2022** |

778-0.5400 000003BFXALLZ 2/2 BIN:0 0-3113
JOSEPH PANIGALL

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT CONT.**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $54.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $54.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $63.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $63.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $99.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $99.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $54.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $54.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $54.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $54.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $54.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $54.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $63.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $63.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $108.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $108.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $99.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $99.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $45.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $45.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $63.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $63.00 | |
| 09-15-2022 | 09-15-2022 | PAYMENT RECEIVED - THANK YOU | $117.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $117.00 | |
| 09-21-2022 | 09-21-2022 | PAYMENT RECEIVED - THANK YOU | $117.49 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $117.49 | |
| 09-21-2022 | 09-21-2022 | PAYMENT RECEIVED - THANK YOU | $117.00 | $50,648.48 |
| | | BANKRUPTCY ATTORNEY COST | $117.00 | |
| | 09-23-2022 | ENDING PRINCIPAL | | $50,648.48 |

*********************************************************** **FEES** ***********************************************************

| | | | | |
|---|---|---|---|---|
| 08-24-2022 | 08-24-2022 | FORECLOSURE ATTORNEY COST | $52.50 | |
| | | TOTAL FEES THIS PERIOD | $52.50 | |

*********************************************************** **INTEREST CHARGED** ***********************************************************

| | | | | |
|---|---|---|---|---|
| | | TOTAL INTEREST THIS PERIOD | $237.99 | |

*********************************************************** **2022 TOTAL YEAR-TO-DATE** ***********************************************************

| | | | | |
|---|---|---|---|---|
| | | TOTAL FEES CHARGED | $349.50 | |
| | | TOTAL INTEREST CHARGED | $1,600.19 | |

RESTRICTED CONFIDENTIAL
INTERNAL ONLY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JOSEPH M. PANIGALL and**<br>**SHEILA A. PANIGALL**<br>    **Debtors**<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>    Movant<br>    vs.<br><br>SANTANDER BANK, N.A.<br>    Respondent | Chapter 13<br>Case No. 18-24599-CMB<br><br><br><br><br><br><br><br>MOTION TO PRECLUDE NOTICES<br>OF POST-PETITION MORTGAGE<br>FEES, EXPENSES AND CHARGES |

### AFFIDAVIT OF SANTANDER BANK IN SUPPORT OF TRUSTEE'S MOTION TO PRECLUDE NOTICES OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

I, LYNN A GRIMM, Bankruptcy, Card & Collections Analyst II at Santander Bank, N.A., under oath, depose and state that the following information is true and correct to the best of my knowledge and belief and that state I am authorized to sign this Affidavit on behalf of Santander Bank, N.A.

1.  I am a Bankruptcy, Card & Collections Analyst II at Santander Bank ("Santander") and am fully familiar with the files and records of Santander relating to the loan/account of the Debtor, Sheila A. Panigall ("Debtor"), and the Mortgage secured by her residence at 518 Salisbury Drive, Greensburg, PA 15601.

2.  Santander has waived post-petition mortgage fees totaling $1,282.00 on the Debtor's loan which specifically relate to the filing of Notices of Payment Changes in the Debtor' Bankruptcy Case as detailed on the Debtor's monthly loan statement which is attached as Exhibit A to the Stipulation resolving this Motion.

1

3.  Santander has also noted on the Debtor's loan that no post-petition mortgage fees relating to the filing of any future Notice of Payment Changes will be charged on the Debtor's loan during the pendency of the within Bankruptcy proceeding or for the remainder of the term of the Debtor's loan with Santander.

Date: 10/11/2022

SANTANDER BANK, N.A.

By: _____
LYNN A GRIMM
Bankruptcy, Card & Collections Analyst II

COMMONWEALTH OF PENNSYLVANIA  )
                              :ss
COUNTY OF Berks               )

Subscribed and sworn to before me, the undersigned Notary Public, on the 11 day of October, 2022.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
MICHELLE A ZIEGLER - Notary Public
Berks County
My Commission Expires April 27, 2026
Commission Number 1105656