**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/04/2023

IN RE:

| | |
|---|---|
| JOSEPH M. PANIGALL<br>SHEILA A. PANIGALL<br>518 SALISBURY DRIVE<br>GREENSBURG,  PA  15601<br>XXX-XX-2626          Debtor(s)<br><br>XXX-XX-2261 | Case No.18-24599 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/4/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6320 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SELECT PORTFOLIO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3  INT %: 6.00%<br>Court Claim Number: 1<br><br>CLAIM: 7,387.67<br>COMMENT: 7628.59@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2554 |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 4  INT %: 9.00%<br>Court Claim Number:<br><br>CLAIM: 1,782.00<br>COMMENT: 1782@10%/PL@HEMPFIELD ASD*2018~/CR NOW @ TCB*STAT ISSUE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0040 |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 5  INT %: 9.00%<br>Court Claim Number:<br><br>CLAIM: 560.00<br>COMMENT: 560@10%/PL@HEMPFIELD TWP~NOW @ TCB/CR*2018*STAT ISSUE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0040 |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 6  INT %: 6.00%<br>Court Claim Number: 8<br><br>CLAIM: 8,179.07<br>COMMENT: $8253CL8GOV@TRMS/PL*11018.24@6%/PL*26.28%/CL FACE*PIF/CR*CL=8253 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3320 |
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*DK4PMT-LMT*BGN 11/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2656 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 8  INT %: 6.00%<br>Court Claim Number: 20-2<br><br>CLAIM: 38,867.48<br>COMMENT: 38571.68@6%MDF/PL*BGN 12/18*2ND/SCH*AMD*W/32*DK!! | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 0853 |
| **PHEAA FRN**<br>C/O PHEAA(*)<br>PO BOX 1375<br><br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 7-2<br><br>CLAIM: 12,390.70<br>COMMENT: 0004/SCH*PD/PRIOR PL~WATCH % ADJ!!!!!*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2261 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 435.84<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9195 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 19 CLAIM: 809.86 COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5246 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 13 CLAIM: 2,080.10 COMMENT: VICORIA'S SECRET | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6883 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: 12 CLAIM: 484.52 COMMENT: HSN | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0083 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: 14 CLAIM: 318.81 COMMENT: NEW YORK AND CO | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4521 |
| **CONSUMER CAPITAL ADVOCATES** 3221 NW 10TH TERRACE STE 502 FORT LAUDERDALE, FL 33309 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: 18 CLAIM: 740.52 COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8716 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 5 CLAIM: 579.15 COMMENT: BLUESTEM/FINGERHUT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7431 |
| **FIRST COMMONWEALTH BANK(*)** POB 400* INDIANA, PA 15701 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2707 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 4 CLAIM: 593.13 COMMENT: REF 3458035269 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4841 |
| **CAPITAL ONE NA*** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 10 CLAIM: 307.62 COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5747 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LATROBE FCU**<br>1812 LIGONIER ST<br><br>LATROBE, PA 15650 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 |
| **LIGONIER COUNTRY CLUB**<br>RT 711 SOUTH COUNTRY CLUB RD<br><br>LIGONIER, PA 15658 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,579.91<br>COMMENT: SANTANDER/WEBBBANK/GETTINGTON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0102 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 858.01<br>COMMENT: MHC/FNBM/CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0334 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 3,003.15<br>COMMENT: PAYPAL/COMENITY*FR SYNCHRONY-DOC 73 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6147 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 844.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7384 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 583.83<br>COMMENT: HSBC/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4271 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 351.39<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6320 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 318.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4818 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 16,784.79<br>COMMENT: CL21GOV*16785/PL*THRU 10/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2656 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:20-2<br><br>CLAIM: 3,223.50<br>COMMENT: 3519.30@0%/PL~58.65/MO*NON %*W/8*AMD | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 0853 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 396.97<br>COMMENT: NT/SCH*NO LAST PMT/CHARGE OFF DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PETER E MELTZER ESQ**<br>WEBER GALLAGHER<br>2000 MARKET ST<br>STE 1300<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ONE MAIN FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 650.00<br>COMMENT: OK2PAY/OE*NT/PL*NTC POSTPET FEE/EXP*ATTY FEES 3/1/19 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2656 |
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 493.00<br>COMMENT: OK2PAY/OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 2/27/19, 5/1/19, 7/1/19 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2656 |
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 0.00<br>COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 9/1/19*CL=11 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2656 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: $DOE-CONF-PL*BGN 3/20 DISTRIB*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4740 |
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 0.00<br>COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 5/1/20*CL=81 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2656 |
| **SANTANDER BANK NA**<br>PO BOX 847051<br><br>BOSTON, MA 02284-7051 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 0.00<br>COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 7/1/20*CL=12 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2656 |

| | | |
|---|---|---|
| **CLEARVIEW FCU\*\*** <br> 8805 UNIVERSITY BLVD <br><br> MOON TWP, PA 15108-4212 | Trustee Claim Number:41  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: PMT/PL*186x(48+2)=LMT*BGN 10/20 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 4802 |
| **SANTANDER BANK NA** <br> PO BOX 847051 <br><br> BOSTON, MA 02284-7051 | Trustee Claim Number:42  INT %: 0.00% <br> Court Claim Number:21 <br><br> CLAIM: 0.00 <br> COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 9/1/20, 12/1/2 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 2656 |
| **SANTANDER BANK NA** <br> PO BOX 847051 <br><br> BOSTON, MA 02284-7051 | Trustee Claim Number:43  INT %: 0.00% <br> Court Claim Number:21 <br><br> CLAIM: 0.00 <br> COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 3/1/21, 4/1/21 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 2656 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number:44  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **SANTANDER BANK NA** <br> PO BOX 847051 <br><br> BOSTON, MA 02284-7051 | Trustee Claim Number:45  INT %: 0.00% <br> Court Claim Number:21 <br><br> CLAIM: 0.00 <br> COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 5/25/21, 7/1/2 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 2656 |
| **SANTANDER BANK NA** <br> PO BOX 847051 <br><br> BOSTON, MA 02284-7051 | Trustee Claim Number:46  INT %: 0.00% <br> Court Claim Number:21 <br><br> CLAIM: 0.00 <br> COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 9/27/21, 11/1/ | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 2656 |
| **SANTANDER BANK NA** <br> PO BOX 847051 <br><br> BOSTON, MA 02284-7051 | Trustee Claim Number:47  INT %: 0.00% <br> Court Claim Number:21 <br><br> CLAIM: 0.00 <br> COMMENT: W/DRAWN/STIP OE*NT/PL*SUPP NTC-POSTPET FEE/EXP*ATTY FEES 12/1/21, 1/26/ | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 2656 |