IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph M. Panigall ) | Case No. 18-24599 CMB |
| Sheila A. Panigall ) | |
| *Debtors* ) | Chapter 13 |
| ) | Docket No. 220 |
| Joseph M. Panigall ) | |
| Sheila A. Panigall ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondent* ) | |

### CONSENT ORDER AMENDING CONFIRMATION ORDER DATED NOVEMBER 20, 2020

AND NOW, come the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on November 28, 2018;
2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on October 31, 2022 at Doc. 204.
3. The Debtor was approved for financing through Clearview FCU. The monthly payment is $449.00 and the first payment is due by May 6, 2023. The Debtor has provided the Trustee with the account number.
4. The Debtor has filed an amended plan to include the new obligation, and the confirmation hearing is scheduled for May 25, 2023 at 9:00 a.m.
5. The Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The November 20, 2020, order confirming Debtor's plan dated September 22, 2020 on a final basis, is hereby amended to include, under Part "1.K." the following: The Trustee is authorized to pay adequate protection payments to Clearview FCU in the monthly sum of $449.00 beginning with the first payment due May 65, 2023 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Abagale Steidl
Abagale Steidl, Esq.
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone, Esq.
Office of the Chapter 13 Trustee

So Ordered:

_Carlota M. Böhm_ dmk
Carlota M. Bohm
United States Bankruptcy Judge

FILED
4/26/23 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24599-CMB |
| Joseph M. Panigall | Chapter 13 |
| Sheila A. Panigall | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 14956165 | + | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956169 | + | Latrobe Federal Credit Union, 1812 Ligonier Street, Latrobe, PA 15650-2917 |
| 14956170 | | Ligonier Country Club, Rt 711 South, Country Club Road, Ligonier, PA 15658 |
| 14956178 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14989766 | | Wilmington Savings Fund Society d/b/a/ Christiana, C/O Select Portfolio Servicing, P.O Box 6525, Salt Lake City, UT 84165-0250 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 23:56:35 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1444 |
| 14956141 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | AES/PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956142 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14956144 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14961393 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14956143 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14956145 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956146 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969568 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14988848 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14956148 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:32 | Capital One Na, Attn: General |

Case 18-24599-CMB   Doc 223   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 69 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:34 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14978284 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15291681 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 26 2023 23:50:00 | Clearview Federal Credit Union, 8805 University Blvd.,, Moon Twp., PA 15108-4212 |
| 14956149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14956150 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14956152 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14956154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:49:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14956157 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2023 23:56:19 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14956156 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2023 23:55:40 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14956161 | | Email/Text: SAABankruptcy@fcbanking.com | Apr 26 2023 23:49:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 14956158 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 26 2023 23:50:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14956160 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 26 2023 23:49:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14956162 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2023 23:56:20 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14956163 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2023 23:56:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14956164 | | Email/Text: crdept@na.firstsource.com | Apr 26 2023 23:50:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14956159 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 26 2023 23:50:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14968549 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14956167 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 23:49:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14956168 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 23:49:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160134 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966102 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956171 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:38 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956173 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-24599-CMB    Doc 223    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 69 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 26 2023 23:56:09 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972583 | | Email/PDF: cbp@onemainfinancial.com | Apr 26 2023 23:56:29 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN, 47731-3251 |
| 14956176 | + | Email/PDF: cbp@onemainfinancial.com | Apr 26 2023 23:56:28 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14956175 | + | Email/PDF: cbp@onemainfinancial.com | Apr 26 2023 23:55:31 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14971905 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14956179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:55:49 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14985934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:55:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14957422 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:55:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956177 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:30 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14976738 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14956180 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:36 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14967519 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14985616 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14985615 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14990591 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14956181 | + | Email/Text: DeftBkr@santander.us | Apr 26 2023 23:50:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 14956182 | + | Email/Text: DeftBkr@santander.us | Apr 26 2023 23:50:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14989949 | + | Email/Text: DeftBkr@santander.us | Apr 26 2023 23:50:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14956184 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956183 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956186 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:31 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14956185 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:16 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14983968 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2023 23:56:37 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14956187 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 26 2023 23:50:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |

Case 18-24599-CMB    Doc 223    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 69 |

| 14986301 | + Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|
| | | Apr 26 2023 23:50:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989768 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 26 2023 23:50:00 | Wilmington Savings Fund, et. al, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 62

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14956166 | *+ | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956172 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956174 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14956155 | ##+ | Consumer Capital Advocates, 3221 NW 10th Terrace, Suite 502, Fort Lauderdale, FL 33309-5942 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bnicholas@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8