**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOSEPH M. PANIGALL<br>SHEILA A. PANIGALL<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>    vs.<br>ALLY FINANCIAL(*)<br><br>            Respondents | Case No. 18-24599CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

State Farm called Trustee's office advising vehicle has been totaled.

| | |
|---|---|
| ALLY FINANCIAL(*)<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Court claim# 1/Trustee CID# 3 |

The Movant further certifies that on 08/18/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
JOSEPH M. PANIGALL, SHEILA A. PANIGALL, 518 SALISBURY DRIVE, GREENSBURG, PA  15601

DEBTOR'S COUNSEL:
ABAGALE E STEIDL ESQ, STEIDL & STEINBERG, GULF TOWER - 28TH FL, 707 GRANT ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
ALLY FINANCIAL(*), ATTN TRUSTEE PAYMENT CENTER, PO BOX 78367, PHOENIX, AZ  85062-8367

:
AIS PORTFOLIO SERVICES (AMERICAN INFO SOURCE)**, ATTN BANKRUPTCY NOTICING, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118

NEW CREDITOR: