IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-24599 CMB |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | Chapter 13 |
| *Debtors* ) | |
| ) | |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Esq., Trustee, ) | |
| *Respondent* ) | |

**REPORT OF NO FINANCING**

AND NOW, come the Debtors, Joseph and Sheila Panigall, by and through their attorney Abagale Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On October 11, 2023, this Honorable Court signed an Order authorizing the Debtor to finance on a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $500.00 per month.

2. The Debtors have decided not to finance a vehicle at this time.

WHEREFORE, the Debtors, Joseph and Sheila Panigall, respectfully file this report of no financing.

Respectfully submitted,

December 5, 2023
DATE

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  319217
asteidl@steidl-steinberg.com