IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Case No. 18-24599 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | Related to Claim: 21 |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Related to Docket No. 258 |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Santander Bank, N.A., | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 15, 2024, a true and correct copy of the *Order of Court dated August 14, 2024* was served by the following methods, postage prepaid, upon the following persons and parties:

**Service by Regular & Certified US Mail:**
Santander Bank, N.A.
Attn: Melissa Epler, Bankruptcy Administrator
450 Penn Street
Reading, PA 19602

**Service by Regular US Mail:**
Joseph & Sheila Panigall
518 Salisbury Drive
Greensburg, PA 15601

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: <u>August 15, 2024</u>         /s/ Abagale Steidl
                                                            Abagale Steidl, Esquire
                                                            Attorney for the Debtors
                                                            STEIDL & STEINBERG
                                                            Suite 2830, Gulf Tower
                                                            707 Grant Street
                                                            Pittsburgh, PA 15219
                                                            (412) 391-8000
                                                            asteidl@steidl-steinberg.com
                                                            PA I.D. No. 319217