Form 209

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

272 − 271
dkro

In re:

**Joseph M. Panigall**
  Debtor(s)

Bankruptcy Case No.: 18−24599−CMB

Chapter: 13
Hearing Date: 10/29/24 at 01:30 PM

Sheila A. Panigall

## CERTIFICATE OF SERVICE

I, Abagale Steidl, of ** Steidl & Steinberg, PC

707 Grant Street, Suite 2830, Pittsburgh, PA 15219

**CERTIFY:**

That I am at least 18 years of age:

That on the 21st day of October, 2024, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

See attached mailing matrix.

on the Respondent(s) in this proceeding, by (describe the mode of service):

First Class US Mail

**at the following address(es):**

See attached mailing matrix.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  October 21, 2024            /s/ Abagale Steidl
                   (Date)                              (Signature)

**\*\*Indicate Current Mailing Address**

```
Label Matrix for local noticing          AES/PHEAA                                 Aes/pheaa
0315-2                                    Po Box 61047                             Attn: Bankruptcy Dept
Case 18-24599-CMB                         Harrisburg, PA 17106-1047                Po Box 2461
WESTERN DISTRICT OF PENNSYLVANIA                                                   Harrisburg, PA 17105-2461
Pittsburgh
Mon Oct 21 11:45:02 EDT 2024

Ally Financial                            Ally Financial                           Ally Financial
200 Renaissance Ctr                       Attn: Bankruptcy Dept                    PO Box 130424
Detroit, MI 48243-1300                    Po Box 380901                            Roseville MN 55113-0004
                                          Bloomington, MN 55438-0901

Ally Financial c/o AIS Portfolio Services, L   Ally Financial, c/o AIS Portfolio Services,   (p)CAPITAL ONE
4515 N. Santa Fe Ave. Dept. APS           4515 N Santa Fe Ave. Dept. APS           PO BOX 30285
Oklahoma City, OK 73118-7901              Oklahoma City, OK 73118-7901             SALT LAKE CITY UT 84130-0285

Capital One                               Capital One Bank (USA), N.A.             Capital One Bank (USA), N.A.
Attn: Bankruptcy                          PO Box 71083                             by American InfoSource as agent
Po Box 30285                              Charlotte, NC  28272-1083                PO Box 71083
Salt Lake City, UT 84130-0285                                                      Charlotte, NC  28272-1083

Capital One Na                            Capital One Na                           Capital One, N.A.
Attn: General Correspondence/Bankruptcy   Po Box 26625                             c/o Becket and Lee LLP
Po Box 30285                              Richmond, VA 23261-6625                  PO Box 3001
Salt Lake City, UT 84130-0285                                                      Malvern PA 19355-0701

Denise Carlon                             Clearview Federal Credit Union           Comenity Bank/Victoria Secret
KML Law Group, P.C.                       8805 University Blvd.,                   Attn: Bankruptcy Dept
701 Market Street                         Moon Twp., PA 15108-4212                 Po Box 182125
Suite 5000                                                                         Columbus, OH 43218-2125
Philadelphia, PA 19106-1541

Comenity Bank/Victoria Secret             Comenity Capital Bank/HSN                Comenity Capital Bank/HSN
Po Box 182789                             Attn:  Bankruptcy Dept                   Po Box 182120
Columbus, OH 43218-2789                   Po Box 18215                             Columbus, OH 43218-2120
                                          Columbus, OH 43218

Comenitybank/New York                     Comenitybank/New York                    Consumer Capital Advocates
Attn:  Bankruptcy Dept                    Po Box 182789                            3221 NW 10th Terrace, Suite 502
Po Box 182125                             Columbus, OH 43218-2789                  Fort Lauderdale, FL 33309-5942
Columbus, OH 43218-2125

Credit One Bank                           Credit One Bank                          Fingerhut
Attn: Bankruptcy                          Po Box 98872                             6250 Ridgewood Road
Po Box 98873                              Las Vegas, NV 89193-8872                 Saint Cloud, MN 56303-0820
Las Vegas, NV 89193-8873

(p)JEFFERSON CAPITAL SYSTEMS LLC          First Commonwealth Bank                  (p)FIRST COMMONWEALTH BANK
PO BOX 7999                               601 Philadelphia St                      PO BOX 400
SAINT CLOUD MN 56302-7999                 Indiana, PA 15701-3952                   INDIANA PA 15701-0400
```

```
First Premier Bank                    First Premier Bank                     First Source Advantage, LLC
3820 N Louise Ave                     Attn: Bankruptcy                       PO Box 628
Sioux Falls, SD 57107-0145            Po Box 5524                            Buffalo, NY 14240-0628
                                      Sioux Falls, SD 57117-5524


Hempfield Township Tax Collector      Kohls/Capital One                      Kohls/Capital One
938 Saint Clair Way                   Kohls Credit                           N56 W 17000 Ridgewood Dr
Greensburg, PA 15601-3550             Po Box 3120                            Menomonee Falls, WI 53051-5660
                                      Milwaukee, WI 53201-3120


LVNV Funding LLC                      LVNV Funding, LLC                      LVNV Funding/Resurgent Capital
PO Box 10587                          Resurgent Capital Services             Attn: Bankruptcy
Greenville, SC 29603-0587             PO Box 10587                           Po Box 10497
                                      Greenville, SC 29603-0587              Greenville, SC 29603-0497


LVNV Funding/Resurgent Capital        Latrobe Federal Credit Union           Ligonier Country Club
Po Box 1269                           1812 Ligonier Street                   Rt 711 South, Country Club Road
Greenville, SC 29602-1269             Latrobe, PA 15650-2917                 Ligonier, PA 15658


Peter E. Meltzer                      ONEMAIN                                Office of the United States Trustee
Weber Gallagher Simpson Stapleton Fires  PO BOX 3251                         1000 Liberty Avenue
2000 Market Street, 13th Floor        EVANSVILLE, IN                         Suite 1316
Philadelphia, PA 19103-3204           47731-3251                             Pittsburgh, PA 15222-4013


OneMain Financial                     OneMain Financial                      PHEAA
Attn: Bankruptcy                      Po Box 1010                            1200 N 7th Street
601 Nw 2nd Street                     Evansville, IN 47706-1010              Harrisburg, PA 17102-1444
Evansville, IN 47708-1013


PHEAA                                 PRA Receivables Management, LLC        Joseph M. Panigall
PO Box 8147                           PO Box 41021                           518 Salisbury Drive
Harrisburg, PA 17105-8147             Norfolk, VA 23541-1021                 Greensburg, PA 15601-6039


Sheila A. Panigall                    Paypal Credit                          Pennsylvania Department of Revenue
518 Salisbury Drive                   PO Box 71202                           Bankruptcy Division
Greensburg, PA 15601-6039             Charlotte, NC 28272-1202               P.O. Box 280946
                                                                             Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue         Peoples Gas                            Peoples Natural Gas Company LLC
Department 280946                     PO Box 644760                          c/o S. James Wallace, P.C.
P.O. Box 280946                       Pittsburgh, PA 15264-4760              845 N. Lincoln Ave.
ATTN: BANKRUPTCY DIVISION                                                    Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC  Portfolio Recovery                     Premier Bankcard, Llc
PO BOX 41067                          Po Box 41021                           Jefferson Capital Systems LLC Assignee
NORFOLK VA 23541-1067                 Norfolk, VA 23541-1021                 Po Box 7999
                                                                             Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Kellie Rahl-Heffner<br>Gross McGinley LLP<br>33 S. Seventh Street<br>Allentown, PA 18101-2418 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Santander Bank<br>450 Penn St<br>Reading, PA 19602-1011 | Santander Bank<br>Mail Code: MA1-MB3-01-21<br>2 Morrissey Boulevard<br>Boston, MA 02125-3312 |
| Santander Bank, N.A.<br>c/o Thomas A. Capehart<br>33 S. Seventh Street<br>Allentown, PA 18101-2436 | Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601-3563 | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>PO Box 3687<br>Akron, OH 44309-3687 | Wilmington Savings Fund Society d/b/a/ Chris<br>C/O Select Portfolio Servicing<br>P.O Box 6525<br>Salt Lake City, UT 84165-0250 |
| Wilminington Savings Fund, et. al<br>C/O Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395 | First Commonwealth Bank<br>Attn: Bankruptcy<br>Po Box 400<br>Indiana, PA 15701 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(u)OneMain Financial

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

(u)Wilmington Savings Fund Society, FSB, d/b/

End of Label Matrix
Mailable recipients    79
Bypassed recipients     5
Total                  84