# PROCEEDING MEMO

**Date: 12/17/2024 01:30 pm**

**In re:** Joseph M. Panigall
Sheila A. Panigall

**Bankruptcy No. 18-24599-CMB**
**Chapter: 13**
**Doc. # 260**

**Appearances:** Lauren Lamb, Esq.
Ronda J. Winnecour, Trustee

**Nature of Proceeding:** # 260 Motion to Compel Santander Bank, N.A. to Stop Filing Incorrect Notices of Mortgage Payment Change, in addition to Motion For Sanctions

**Additional Pleadings:** #266 CNO

- Motion is Granted, Order entered.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
12/18/24 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA