IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
   Joseph M. Panigall :
   Sheila A. Panigall, : Case No. 18-24599 CMB
      *Debtors* : Chapter 13
  : Document No.
Joseph M. Panigall :
Sheila A. Panigall, : Related to Proof of Claim 21
   *Movants* :
  :
   vs. :
  :
Santander Bank, N.A., and Ronda Winnecour, Trustee, :
   *Respondents* :

### ORDER OF COURT

A<small>NN</small> Now, to wit, this ___18th___ day of ___December___, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Debtor is awarded sanctions totaling $2,000.00 to be made payable directly to Steidl and Steinberg, P.C., within ten (10) days of the date of this Order and upon receipt of invoice. Payment should be sent to: Suite 2830- Gulf Tower, 707 Grant St., Pittsburgh, PA 15219 ;

2) Santander Bank, N.A. is ordered to immediately file amended Notices of Mortgage Payment Change for the payments due for July, August, and September 2024 within fourteen (14) days. Failure to file amended notices will result in the monthly mortgage payment remaining fixed at $1253.15;

3) Santander Bank, N.A. is ordered to immediately take any and all possible action to make sure that correct Notices of Mortgage Payment Change are filed for all future changes in the monthly payment. Failure to correct those ongoing error will result in sanctions of $500.00 being assessed against Santander upon the filing of an affidavit by Debtors' counsel.

FILED
12/18/24 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ /dmk
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24599-CMB
Joseph M. Panigall  Chapter 13
Sheila A. Panigall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Dec 18, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 dcarlon@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8