## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph M Panigall and<br>　　Sheila A. Panigall<br>　　Debtors | ) Chapter 13<br>) Bankruptcy Case No.18-24599<br>)<br>) |

## PRAECIPE TO WITHDRAW NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES and CHARGES

AND NOW, this 6th day of February 2025, Santander Bank, N.A., hereby withdraws, without prejudice, its Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on January 10, 2025, in connection with Claim Number 21 in the above matter.

Respectfully,

/s/Melissa A. Epler

Melissa A. Epler
Bankruptcy Administrator
Santander Bank, N.A.
1130 Berkshire Boulevard, MC: PA-WYO-BKR2
Wyomissing, PA 19610
484-512-3552