**PROCEEDING MEMO**

**Date:** 03/12/2025 1:30 PM

**In re:** Joseph M. Panigall
Sheila A. Panigall

Bankruptcy No. 18-24599-CMB
Chapter: 13
Doc. # 262

**Appearances:** Julie Steidl, Esq.
Kate DeSimone, Trustee

**Nature of Proceeding:** #262 Continued Motion to Dismiss Case

**Additional Pleadings:** #270 Debtors' Response
(This Response was filed AFTER the CNO was filed and case was dismissed)

- Hearing Held.

- Case is Dismissed due to payments not being up to date.

Carlota Böhm
U.S. Bankruptcy Judge

SIGNED
3/13/25 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA