IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joseph M Panigall and Sheila A Panigall | : | Bankruptcy No. 18-24599 |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Movant | : | |
| v. | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Santander Bank, N.A.

    Incorrect Address:    450 Penn Street
                              MC: 10-421-MC3
                              Reading, PA 19602

Corrected Address:

    Creditor Name:    Santander Bank, N.A.

    Correct Address:    1130 Berkshire Boulevard
                              MC: PA-WYO-BKR2
                              Wyomissing, PA 19610

Dated    03/13/2025

                                                  Electronic Signature of Debtor(s)' Attorney

                                                  *Melissa A Ep* [signature]
                                                  Typed Name

                                                  Melissa A. Epler

                                                  Address

                                                  1130 Berkshire Boulevard
                                                  MC: PA-WYO-BKR2
                                                  Wyomissing, PA 19610

                                                  Phone No.

                                                  484-512-3552

                                                  Bar I.D. and State of Admission

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:  
Joseph M Panigall and Sheila A Panigall

Chapter #13  
Case No 18-24599  
Honorable Carlota M Bohm

Debtors
_____/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on March 13, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 13th day of March 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Joseph and Sheila Panigall  
518 Salisbury Dr  
Greensburg, PA 15601

VIA ECF  
Ronda J Winnecour  
600 Grant St Ste 3250  
Pittsburgh, PA 15219

Abagale E Steidl  
asteidl@steidl-steinberg.com