Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Joseph M. Panigall** | Case No. 18−24599−CMB |
| **Sheila A. Panigall** | Chapter: 13 |
| *Debtor(s)* | |
| | Related to: Document No. 262 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 13th of March, 2025,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24599-CMB |
| Joseph M. Panigall | Chapter 13 |
| Sheila A. Panigall | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 13, 2025 | Form ID: 309 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 14956165 | + | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956169 | + | Latrobe Federal Credit Union, 1812 Ligonier Street, Latrobe, PA 15650-2917 |
| 14956170 | | Ligonier Country Club, Rt 711 South, Country Club Road, Ligonier, PA 15658 |
| 14989766 | | Wilmington Savings Fund Society d/b/a/ Christiana, C/O Select Portfolio Servicing, P.O Box 6525, Salt Lake City, UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 14 2025 04:16:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 00:57:57 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Mar 14 2025 04:16:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 01:50:37 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncnotifications@pheaa.org | Mar 14 2025 00:37:00 | PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1444 |
| 14956141 | + | Email/Text: bncnotifications@pheaa.org | Mar 14 2025 00:37:00 | AES/PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956142 | + | Email/Text: bncnotifications@pheaa.org | Mar 14 2025 00:37:00 | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14956144 | + | EDI: GMACFS.COM | Mar 14 2025 04:16:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14961393 | | EDI: GMACFS.COM | Mar 14 2025 04:16:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14956143 | + | EDI: GMACFS.COM | Mar 14 2025 04:16:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14956145 | | EDI: CAPITALONE.COM | Mar 14 2025 04:16:00 | Capital One, 15000 Capital One Dr, Richmond, |

Case 18-24599-CMB    Doc 294    Filed 03/15/25    Entered 03/16/25 00:28:20    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 309 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23238 |
| 14956145 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 00:58:04 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956146 | + | EDI: CAPITALONE.COM | Mar 14 2025 04:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956146 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 01:51:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969568 | | EDI: CAPITALONE.COM | Mar 14 2025 04:16:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14969568 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 01:09:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14988848 | | EDI: CAPITALONE.COM | Mar 14 2025 04:16:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14988848 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 01:32:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14956148 | + | EDI: CAPITALONE.COM | Mar 14 2025 04:16:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956148 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 01:50:35 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956147 | + | EDI: CAPITALONE.COM | Mar 14 2025 04:16:00 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14956147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 00:57:35 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14978284 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2025 00:57:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15291681 | + | Email/Text: bankruptcy@clearviewfcu.org | Mar 14 2025 00:37:00 | Clearview Federal Credit Union, 8805 University Blvd.,, Moon Twp., PA 15108-4212 |
| 14956149 | + | EDI: WFNNB.COM | Mar 14 2025 04:16:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14956150 | + | EDI: WFNNB.COM | Mar 14 2025 04:16:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956151 | + | EDI: WFNNB.COM | Mar 14 2025 04:16:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14956152 | | EDI: WFNNB.COM | Mar 14 2025 04:16:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14956154 | + | EDI: WFNNB.COM | Mar 14 2025 04:16:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956153 | + | EDI: WFNNB.COM | Mar 14 2025 04:16:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14956157 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2025 01:09:12 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14956156 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2025 00:57:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14956161 | | Email/Text: SAABankruptcy@fcbanking.com | Mar 14 2025 00:37:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 14956158 | + | EDI: BLUESTEM | Mar 14 2025 04:16:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14956160 | + | Email/Text: SAABankruptcy@fcbanking.com | | |

Case 18-24599-CMB   Doc 294   Filed 03/15/25   Entered 03/16/25 00:28:20   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 309 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 14 2025 00:37:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14956162 | + | EDI: AMINFOFP.COM | | |
| | | | Mar 14 2025 04:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14956162 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Mar 14 2025 00:58:21 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14956163 | + | EDI: AMINFOFP.COM | | |
| | | | Mar 14 2025 04:16:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14956163 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Mar 14 2025 00:58:13 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14956164 | | Email/Text: crdept@na.firstsource.com | | |
| | | | Mar 14 2025 00:37:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14956159 | | EDI: BLUESTEM | | |
| | | | Mar 14 2025 04:16:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14968549 | | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 14 2025 04:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14956167 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 14 2025 00:37:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14956168 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 14 2025 00:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160134 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 14 2025 00:58:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966102 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 14 2025 01:31:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956171 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 14 2025 00:57:39 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956173 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 14 2025 01:09:21 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972583 | | EDI: AGFINANCE.COM | | |
| | | | Mar 14 2025 04:16:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN, 47731-3251 |
| 14956176 | + | EDI: AGFINANCE.COM | | |
| | | | Mar 14 2025 04:16:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14956175 | + | EDI: AGFINANCE.COM | | |
| | | | Mar 14 2025 04:16:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14971905 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Mar 14 2025 00:37:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14956179 | | EDI: PRA.COM | | |
| | | | Mar 14 2025 04:16:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14985934 | | EDI: PRA.COM | | |
| | | | Mar 14 2025 04:16:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14957422 | + | EDI: PRA.COM | | |
| | | | Mar 14 2025 04:16:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956177 | | EDI: SYNC | | |
| | | | Mar 14 2025 04:16:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14956177 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 14 2025 00:58:28 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14956178 | ^ | MEBN | | |
| | | | Mar 14 2025 00:16:20 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14976738 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Mar 14 2025 00:37:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 309 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 14956180 | + | EDI: PRA.COM | Mar 14 2025 04:16:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14967519 | + | EDI: JEFFERSONCAP.COM | Mar 14 2025 04:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14985616 | | EDI: Q3G.COM | Mar 14 2025 04:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14985615 | | EDI: Q3G.COM | Mar 14 2025 04:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14990591 | + | Email/Text: bncmail@w-legal.com | Mar 14 2025 00:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14956181 | + | Email/Text: DeftBkr@santander.us | Mar 14 2025 00:37:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 14956182 | + | Email/Text: DeftBkr@santander.us | Mar 14 2025 00:37:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14989949 | + | Email/Text: DeftBkr@santander.us | Mar 14 2025 00:37:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14956184 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 00:37:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956183 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 00:37:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956186 | + | EDI: SYNC | Mar 14 2025 04:16:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14956186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 01:31:51 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14956185 | + | EDI: SYNC | Mar 14 2025 04:16:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14956185 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 00:57:56 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14983968 | | EDI: AIS.COM | Mar 14 2025 04:16:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14983968 | | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2025 01:32:37 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14956187 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 14 2025 00:37:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14986301 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 14 2025 00:37:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989768 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 00:37:00 | Wilminington Savings Fund, et. al, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 78

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 309 | Total Noticed: 70 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14956166 | *+ | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956172 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956174 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14956155 | ##+ | Consumer Capital Advocates, 3221 NW 10th Terrace, Suite 502, Fort Lauderdale, FL 33309-5942 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025                             Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 dcarlon@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8