**Form 106–C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Joseph M. Panigall and Sheila A. Panigall

CASE NUMBER: 18–24599–CMB

RELATED TO DOCUMENT NO: 292

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Notice of Change of Address that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Please refile this document ensuring that it is in compliance with W.PA.LBR 5005–6 regarding electronic signatures. (SPECIFICALLY USING A TYPED /S/ AND SIGNATURE.)

You must file Notice of Change of Address within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Corrected Notice of Change of Address that is filed in response to this Notice.**

Dated this The 14th of March, 2025                    Michael R. Rhodes
                                                                              Clerk
                                                                              5414 U.S. Steel Tower
                                                                              600 Grant Street
                                                                              Pittsburgh, PA 15219

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Joseph M Panigall and : Bankruptcy No. 18-24599
Sheila A Panigall : Chapter 13
          Debtor :
:
: Document No.
Movant :
:
v. :
:
:
Respondent (if none, then "No Respondent") :

## NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

    Creditor Name: Santander Bank, N.A.

    Incorrect Address: 450 Penn Street
                               MC: 10-421-MC3
                               Reading, PA 19602

**Corrected Address:**

    Creditor Name: Santander Bank, N.A.

    Correct Address: 1130 Berkshire Boulevard
                               MC: PA-WYO-BKR2
                               Wyomissing, PA 19610

Dated  03/17/2025

                                                  Electronic Signature of Debtor(s)' Attorney

                                                  /s/Melissa A. Epler

                                                  Typed Name

                                                  Melissa A. Epler

                                                  Address

                                                  1130 Berkshire Boulevard
                                                  MC: PA-WYO-BKR2
                                                  Wyomissing, PA 19610

                                                  Phone No.

                                                  484-512-3552

                                                  Bar I.D. and State of Admission

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter #13 |
| Joseph M Panigall and Sheila A Panigall | Case No 18-24599 |
| | Honorable Carlota M Bohm |

Debtors
_____/

## CERTIFICATE OF SERVICE

     I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on March 17, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.    Signed under the penalties of perjury, this 17th day of March 2025.

     /s/Melissa A. Epler
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Joseph and Sheila Panigall
518 Salisbury Dr
Greensburg, PA 15601

VIA ECF
Ronda J Winnecour
600 Grant St Ste 3250
Pittsburgh, PA 15219

Abagale E Steidl
asteidl@steidl-steinberg.com