IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.  18-24599 CMB |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | Chapter 13 |
|     *Debtors* | ) | Related to Docket No. 291 |
| | ) | |
| Joseph M. Panigall | ) | |
| Sheila A. Panigall, | ) | |
|     *Movants* | ) | |
| | ) | |
|     Vs. | ) | |
| | ) | |
| Ronda Winnecour, Trustee, | ) | |
|     *Respondents* | ) | |

## EXHIBIT "A"

Welcome, Jesseca T. Smith

Log Out

🔍

**ALERT**    You're not allowed to manage this account. Please upload an authorization.    ✕

Debtor – Joseph Panigall

**Personal Info**     **Billing Info**     **Payments**     **Authorization**     **Case Info**     Activate

## Personal Info    Edit

**Name**
Joseph Panigall

**Email**
joepan34@comcast.net

**Address**
518 Salisbury Drive
Greensburg PA 15601

**Phone**
724-454-3637

**Currently set to pay**
Ronda J. Winnecour

**Status**
Active - Enrolled

Activate

User Authorization Required

Convert to eWage

Archive Debtor

Print MoneyGram Card

## Billing Info    Edit

**Debit Card Ending In**
5091

## Payments    Edit

**Schedule**
Always Manual Payments

## Authorization

**No authorization. You cannot manage this account without an authorization.**

Add Authorization

## Case Info    Edit

**Case Number**
18-24599

**Trustee**
Ronda J. Winnecour



⇄ Processing Transactions

⇄ Recent Transactions

▤ View All Transactions

| Date | Payee | Type | Status | Amount |
|---|---|---|---|---|
| March 26, 2025 | Ronda J. Winnecour | Manual Debtor Payment | Complete | $1,990.00 |
| March 25, 2025 | Ronda J. Winnecour | Manual Debtor Payment | Complete | $1,990.00 |
| March 24, 2025 | Ronda J. Winnecour | Manual Debtor Payment | Complete | $1,990.00 |
| March 23, 2025 | Ronda J. Winnecour | Manual Debtor Payment | Complete | $1,030.00 |
| March 22, 2025 | Ronda J. Winnecour | Manual Debtor Payment | Failed | $1,990.00 |

◄ ►