IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-24599 CMB |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | Chapter 13 |
| *Debtors* ) | Related to Docket No. 297 & 300 |
| ) | |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | |
| *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | Hearing Date & Time: |
| Ronda Winnecour, Trustee, ) | April 23, 2025 @ 1:30 p.m. |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 2, 2025, I caused to be served a true and correct copy of the *Order & Notice dated April 1, 2025 together with the Motion to Reconsider Dismissal* was served by the following methods, upon the following persons and parties:

**Service by Regular First Class Mail:**
See attached mailing matrix.


**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: April 2, 2025          /s/ Abagale Steidl
                                        Abagale Steidl, Esquire
                                        STEIDL & STEINBERG
                                        436 Seventh Avenue, Suite 322
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        asteidl@steidl-steinberg.com

```
Label Matrix for local noticing          AES/PHEAA                                  Aes/pheaa
0315-2                                    Po Box 61047                              Attn: Bankruptcy Dept
Case 18-24599-CMB                         Harrisburg, PA 17106-1047                 Po Box 2461
WESTERN DISTRICT OF PENNSYLVANIA                                                    Harrisburg, PA 17105-2461
Pittsburgh
Wed Apr  2 08:52:53 EDT 2025

Ally Financial                            Ally Financial                            Ally Financial
200 Renaissance Ctr                       Attn: Bankruptcy Dept                     PO Box 130424
Detroit, MI 48243-1300                    Po Box 380901                             Roseville MN 55113-0004
                                          Bloomington, MN 55438-0901

Ally Financial c/o AIS Portfolio Services, L   Ally Financial, c/o AIS Portfolio Services,   (p)CAPITAL ONE
4515 N. Santa Fe Ave. Dept. APS           4515 N Santa Fe Ave. Dept. APS            PO BOX 30285
Oklahoma City, OK 73118-7901              Oklahoma City, OK 73118-7901              SALT LAKE CITY UT 84130-0285

Capital One                               Capital One Bank (USA), N.A.              Capital One Bank (USA), N.A.
Attn: Bankruptcy                          PO Box 71083                              by American InfoSource as agent
Po Box 30285                              Charlotte, NC  28272-1083                 PO Box 71083
Salt Lake City, UT 84130-0285                                                       Charlotte, NC  28272-1083

Capital One Na                            Capital One Na                            Capital One, N.A.
Attn: General Correspondence/Bankruptcy   Po Box 26625                              c/o Becket and Lee LLP
Po Box 30285                              Richmond, VA 23261-6625                   PO Box 3001
Salt Lake City, UT 84130-0285                                                       Malvern PA 19355-0701

Denise Carlon                             Clearview Federal Credit Union            Comenity Bank/Victoria Secret
KML Law Group, P.C.                       8805 University Blvd.,                    Attn: Bankruptcy Dept
701 Market Street                         Moon Twp., PA 15108-4212                  Po Box 182125
Suite 5000                                                                          Columbus, OH 43218-2125
Philadelphia, PA 19106-1541

Comenity Bank/Victoria Secret             Comenity Capital Bank/HSN                 Comenity Capital Bank/HSN
Po Box 182789                             Attn:  Bankruptcy Dept                    Po Box 182120
Columbus, OH 43218-2789                   Po Box 18215                              Columbus, OH 43218-2120
                                          Columbus, OH 43218

Comenitybank/New York                     Comenitybank/New York                     Consumer Capital Advocates
Attn:  Bankruptcy Dept                    Po Box 182789                             3221 NW 10th Terrace, Suite 502
Po Box 182125                             Columbus, OH 43218-2789                   Fort Lauderdale, FL 33309-5942
Columbus, OH 43218-2125

Credit One Bank                           Credit One Bank                           Fingerhut
Attn: Bankruptcy                          Po Box 98872                              6250 Ridgewood Road
Po Box 98873                              Las Vegas, NV 89193-8872                  Saint Cloud, MN 56303-0820
Las Vegas, NV 89193-8873

(p)JEFFERSON CAPITAL SYSTEMS LLC          First Commonwealth Bank                   (p)FIRST COMMONWEALTH BANK
PO BOX 7999                               601 Philadelphia St                       PO BOX 400
SAINT CLOUD MN 56302-7999                 Indiana, PA 15701-3952                    INDIANA PA 15701-0400
```

| | | |
|---|---|---|
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | First Source Advantage, LLC<br>PO Box 628<br>Buffalo, NY 14240-0628 |
| Hempfield Township Tax Collector<br>938 Saint Clair Way<br>Greensburg, PA 15601-3550 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 |
| LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding/Resurgent Capital<br>Po Box 1269<br>Greenville, SC 29602-1269 | Latrobe Federal Credit Union<br>1812 Ligonier Street<br>Latrobe, PA 15650-2917 | Ligonier Country Club<br>Rt 711 South, Country Club Road<br>Ligonier, PA 15658 |
| Peter E. Meltzer<br>Weber Gallagher Simpson Stapleton Fires<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103-3204 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN<br>47731-3251 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PHEAA<br>1200 N 7th Street<br>Harrisburg, PA 17102-1444 |
| PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Joseph M. Panigall<br>518 Salisbury Drive<br>Greensburg, PA 15601-6039 |
| Sheila A. Panigall<br>518 Salisbury Drive<br>Greensburg, PA 15601-6039 | Paypal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |

```
Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for      Kellie Rahl-Heffner
Comenity Bank                        Comenity Capital Bank                Gross McGinley LLP
PO Box 788                           PO Box 788                           33 S. Seventh Street
Kirkland, WA  98083-0788             Kirkland, WA  98083-0788             Allentown, PA 18101-2418


SYNCHRONY BANK                       Santander Bank                       Santander Bank, N.A.
c/o Weinstein & Riley, PS            Mail Code: MA1-MB3-01-21             c/o Thomas A. Capehart
2001 Western Ave., Ste 400           2 Morrissey Boulevard                33 S. Seventh Street
Seattle, WA 98121-3132               Boston, MA 02125-3312                Allentown, PA 18101-2436


Santander Bank, N.A.                 Santander Bank, N.A.                 Select Portfolio Servicing, Inc
1130 Berkshire Boulevard             601 Penn Street                      Attn: Bankruptcy
MC: PA-WYO-BKR2                      10-6438-FB7                          Po Box 65250
Wyomissing, PA 19610-1242            Reading, PA 19601-3563               Salt Lake City, UT 84165-0250


Select Portfolio Servicing, Inc      Abagale E. Steidl                    Synchrony Bank/ JC Penneys
Po Box 65250                         Steidl & Steinberg                   Attn:  Bankruptcy Dept
Salt Lake City, UT 84165-0250        707 Grant Street                     Po Box 965060
                                     28th Floor - Gulf Tower              Orlando, FL 32896-5060
                                     Pittsburgh, PA 15219-1908


Synchrony Bank/ JC Penneys           Verizon                              S. James Wallace
Po Box 965007                        by American InfoSource as agent      GRB Law
Orlando, FL 32896-5007               PO Box 248838                        525 William Penn Place
                                     Oklahoma City, OK  73124-8838        Suite 3110
                                                                          Pittsburgh, PA 15219-1753


West Penn Power                      West Penn Power                      Wilmington Savings Fund Society d/b/a/ Chris
5001 NASA Blvd                       PO Box 3687                          C/O Select Portfolio Servicing
Fairmont, WV 26554-8248              Akron, OH 44309-3687                 P.O Box 6525
                                                                          Salt Lake City, UT 84165-0250


Wilminington Savings Fund, et. al    Ronda J. Winnecour
C/O Select Portfolio Servicing       Suite 3250, USX Tower
P.O. Box 65250                       600 Grant Street
Salt Lake City, UT 84165-0250        Pittsburgh, PA 15219-2702
```

   The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
   by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One                          Fingerhut                            First Commonwealth Bank
15000 Capital One Dr                 Attn: Bankruptcy                     Attn: Bankruptcy
Richmond, VA 23238                   Po Box 1250                          Po Box 400
                                     Saint Cloud, MN 56395                Indiana, PA 15701


(d)Jefferson Capital Systems LLC     Portfolio Recovery                   (d)Portfolio Recovery Associates, LLC
Po Box 7999                          120 Corporate Blvd Ste 1             POB 12914
Saint Cloud Mn 56302-9617            Norfolk, VA 23502                    Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)OneMain Financial | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | (u)Wilmington Savings Fund Society, FSB, d/b/ | End of Label Matrix<br>Mailable recipients    79<br>Bypassed recipients     5<br>Total                  84 |