IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | Case No. 18-24599 CMB |
| *Debtors* ) | Chapter 13 |
| ) | Document No. |
| Joseph M. Panigall ) | |
| Sheila A. Panigall, ) | |
| *Movants* ) | |
| ) | |
| No Respondents ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 21, 2019 at docket numbers 26 and 27, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


March 8, 2025                                              /s/ Joseph M. Panigall
Date                                                             Debtor


March 8, 2025                                              /s/ Sheila A. Panigall
Date                                                             Debtor

                                                  Respectfully submitted,

<u>May 21, 2025</u>                                    <u>/s/ Abagale Steidl</u>
DATE                                                  Abagale Steidl, Esquire
                                                      Attorney for the Debtor
                                                      STEIDL & STEINBERG
                                                      436 Seventh Avenue, Suite 322
                                                      Pittsburgh, PA 15219
                                                      (412) 391-8000
                                                      asteidl@steidl-steinberg.com
                                                      PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**