IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Joseph M. Panigall ) | Case No. 18-24599 CMB |
| Sheila A. Panigall ) | |
|     Debtor ) | Chapter 13 |
| ) | Document No. 306 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | **ENTERED BY DEFAULT** |
| Trustee, ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this  3rd  day of   June   , 2025, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $12,590.00 for work performed in the Chapter 13 case by Debtors' counsel from October 5, 2018, to May 12, 2025

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $16,590.00, with the total to be paid through the Plan by the Trustee being up to $15,990.00 (representing the $3,400.00 previously approved to be paid (as set forth above), $4,000.00 approved as part of the most recently confirmed plan, and a remaining amount up to $8,590.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $12,590.00.

*Carlota M. Böhm* **dmr**
Hon. Carlota M. Bohm
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
6/3/25 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24599-CMB
Joseph M. Panigall  Chapter 13
Sheila A. Panigall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jun 03, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 dcarlon@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 03, 2025 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
   on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8