**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH M. PANIGALL<br>SHEILA A. PANIGALL<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-24599<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/28/2018 and confirmed on 1/24/19 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 228,847.77 |
| Less Refunds to Debtor | 978.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 227,869.77 |
| Administrative Fees | | | |
|   Filing Fee | 0.00 | | |
|   Notice Fee | 0.00 | | |
|   Attorney Fee | 10,277.27 | | |
|   Trustee Fee | 11,379.82 | | |
|   Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 21,657.09 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SANTANDER BANK NA<br>  Acct: 2656 | 0.00 | 98,530.93 | 0.00 | 98,530.93 |
|   SANTANDER BANK NA<br>  Acct: 2656 | 16,784.79 | 16,784.79 | 0.00 | 16,784.79 |
|   WESTMORELAND COUNTY TAX CLAIM B<br>  Acct: 0040 | 1,782.00 | 1,782.00 | 803.89 | 2,585.89 |
|   WESTMORELAND COUNTY TAX CLAIM B<br>  Acct: 0040 | 560.00 | 560.00 | 253.16 | 813.16 |
|   ALLY FINANCIAL(*)<br>  Acct: 2554 | 6,918.36 | 6,918.36 | 1,228.24 | 8,146.60 |
|   ONE MAIN FINANCIAL GROUP LLC(*)<br>  Acct: 3320 | 8,150.80 | 8,150.80 | 1,012.56 | 9,163.36 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>  Acct: 0853 | 38,867.48 | 38,867.48 | 6,579.61 | 45,447.09 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>  Acct: 0853 | 3,223.50 | 3,223.50 | 0.00 | 3,223.50 |
| | | | | 184,695.32 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOSEPH M. PANIGALL<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOSEPH M. PANIGALL<br>  Acct: | 978.00 | 978.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC<br>  Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC<br>  Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-25 | 6,877.27 | 6,877.27 | 0.00 | 0.00 |
|   PEOPLES NATURAL GAS CO LLC*<br>  Acct: 4740 | 0.00 | 5,964.56 | 0.00 | 5,964.56 |
|   SANTANDER BANK NA<br>  Acct: 2656 | 650.00 | 650.00 | 0.00 | 650.00 |
|   SANTANDER BANK NA<br>  Acct: 2656 | 493.00 | 493.00 | 0.00 | 493.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| CLEARVIEW FCU** | 0.00 | 5,727.80 | 0.00 | 5,727.80 |
| Acct: 4802 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| CLEARVIEW FCU** | 0.00 | 8,082.00 | 0.00 | 8,082.00 |
| Acct: 1279 | | | | |
| SANTANDER BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| | | | | 20,917.36 |
| **Unsecured** | | | | |
| PHEAA FRN | 12,390.70 | 600.00 | 0.00 | 600.00 |
| Acct: 2261 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 435.84 | 0.00 | 0.00 | 0.00 |
| Acct: 9195 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 809.86 | 0.00 | 0.00 | 0.00 |
| Acct: 5246 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 2,080.10 | 0.00 | 0.00 | 0.00 |
| Acct: 6883 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 484.52 | 0.00 | 0.00 | 0.00 |
| Acct: 0083 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 318.81 | 0.00 | 0.00 | 0.00 |
| Acct: 4521 | | | | |
| CONSUMER CAPITAL ADVOCATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 740.52 | 0.00 | 0.00 | 0.00 |
| Acct: 8716 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 579.15 | 0.00 | 0.00 | 0.00 |
| Acct: 7431 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2707 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON ( | 593.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4841 | | | | |
| CAPITAL ONE NA** | 307.62 | 0.00 | 0.00 | 0.00 |
| Acct: 5747 | | | | |
| LATROBE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0012 | | | | |
| LIGONIER COUNTRY CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 1,579.91 | 0.00 | 0.00 | 0.00 |
| Acct: 0102 | | | | |
| LVNV FUNDING LLC | 858.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0334 | | | | |
| LVNV FUNDING LLC | 3,003.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6147 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 844.25 | 0.00 | 0.00 | 0.00 |

18-24599                                                                                          Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7384 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 583.83 | 0.00 | 0.00 | 0.00 |
| Acct: 4271 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 351.39 | 0.00 | 0.00 | 0.00 |
| Acct: 6320 | | | | |
| WEST PENN POWER* | 318.57 | 0.00 | 0.00 | 0.00 |
| Acct: 4818 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 396.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6320 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PETER E MELTZER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 600.00 |

TOTAL PAID TO CREDITORS                                                              206,212.68

TOTAL CLAIMED
PRIORITY       1,143.00
SECURED       76,286.93
UNSECURED    26,676.33


Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH M. PANIGALL
SHEILA A. PANIGALL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24599

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24599-CMB
Joseph M. Panigall  Chapter 13
Sheila A. Panigall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Jun 26, 2025      Form ID: pdf900      Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph M. Panigall, Sheila A. Panigall, 518 Salisbury Drive, Greensburg, PA 15601-6039 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, 33 S. Seventh Street, Allentown, PA 18101-2436 |
| 14956165 | + | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956169 | + | Latrobe Federal Credit Union, 1812 Ligonier Street, Latrobe, PA 15650-2917 |
| 14956170 | | Ligonier Country Club, Rt 711 South, Country Club Road, Ligonier, PA 15658 |
| 14989766 | | Wilmington Savings Fund Society d/b/a/ Christiana, C/O Select Portfolio Servicing, P.O Box 6525, Salt Lake City, UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 00:57:33 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 00:44:21 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncnotifications@pheaa.org | Jun 27 2025 00:22:00 | PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1444 |
| 14956141 | + | Email/Text: bncnotifications@pheaa.org | Jun 27 2025 00:22:00 | AES/PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14956142 | + | Email/Text: bncnotifications@pheaa.org | Jun 27 2025 00:22:00 | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14956144 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 00:22:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14961393 | | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 00:22:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14956143 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 00:22:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14956145 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 01:28:50 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14956146 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969568 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:57:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14988848 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 18-24599-CMB    Doc 323    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc
Imaged Certificate of Notice    Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 27 2025 01:28:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14956148 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:18 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14956147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14978284 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:44:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15291681 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 27 2025 00:24:00 | Clearview Federal Credit Union, 8805 University Blvd.,, Moon Twp., PA 15108-4212 |
| 14956149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14956150 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 14956152 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14956154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14956153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 14956157 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2025 00:44:21 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14956156 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2025 00:44:42 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14956161 | | Email/Text: SAABankruptcy@fcbanking.com | Jun 27 2025 00:23:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 14956158 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2025 00:26:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14956160 | + | Email/Text: SAABankruptcy@fcbanking.com | Jun 27 2025 00:23:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14956162 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2025 01:16:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14956163 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2025 00:42:54 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14956164 | | Email/Text: crdept@na.firstsource.com | Jun 27 2025 00:25:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 14956159 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2025 00:26:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14968549 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14956167 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:24 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14956168 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 01:28:54 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15160134 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:42:47 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14966102 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:01 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 18-24599-CMB   Doc 323   Filed 06/28/25   Entered 06/29/25 00:32:40   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Recipient ID | | Delivery Method | Timestamp | Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14956171 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:57:51 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:56:59 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972583 | | Email/PDF: cbp@omf.com | Jun 27 2025 00:56:27 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN, 47731-3251 |
| 14956176 | + | Email/PDF: cbp@omf.com | Jun 27 2025 00:43:34 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14956175 | + | Email/PDF: cbp@omf.com | Jun 27 2025 00:43:19 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14971905 | + | Email/Text: bncnotifications@pheaa.org | Jun 27 2025 00:22:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14956179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:42:59 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14985934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:55:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14957422 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 01:16:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14956177 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:45 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14956178 | ^ | MEBN | Jun 27 2025 00:19:01 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14976738 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2025 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14956180 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:55:57 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14967519 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14985616 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14985615 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14990591 | + | Email/Text: bncmail@w-legal.com | Jun 27 2025 00:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14956182 | + | Email/Text: DeftBkr@santander.us | Jun 27 2025 00:24:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14956181 | + | Email/Text: DeftBkr@santander.us | Jun 27 2025 00:24:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14989949 | | Email/Text: DeftBkr@santander.us | Jun 27 2025 00:24:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14956184 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2025 00:26:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956183 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2025 00:26:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14956186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

Case 18-24599-CMB    Doc 323    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| | | | | | |
|---|---|---|---|---|---|
| 14956185 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Jun 27 2025 00:55:53 | | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14983968 | | Email/PDF: ebn_ais@aisinfo.com | | | |
| | | | Jun 27 2025 00:43:43 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14956187 | | Email/Text: bankruptcy@firstenergycorp.com | | | |
| | | | Jun 27 2025 00:25:00 | | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14986301 | + | Email/Text: bankruptcy@firstenergycorp.com | | | |
| | | | Jun 27 2025 00:25:00 | | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989768 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | | |
| | | | Jun 27 2025 00:26:00 | | Wilmington Savings Fund, et. al, C/O Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 64

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OneMain Financial |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14956166 | *+ | Hempfield Township Tax Collector, 938 Saint Clair Way, Greensburg, PA 15601-3550 |
| 14956172 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 14956174 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14956155 | ##+ | Consumer Capital Advocates, 3221 NW 10th Terrace, Suite 502, Fort Lauderdale, FL 33309-5942 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | |
| | on behalf of Joint Debtor Sheila A. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | |
| | on behalf of Debtor Joseph M. Panigall asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 70 |

Trust, Mortgage-Backed Notes, Series 2017-1 dcarlon@kmllawgroup.com

Kellie Rahl-Heffner
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
    on behalf of Creditor OneMain Financial bankruptcy@wglaw.com ibernatski@wglaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8