**Fill in this information to identify the case:**

Debtor 1: Joseph M Panigall

Debtor 2 (Spouse, if filing): Sheila A Panigall

United States Bankruptcy Court for the: Western    District of PA (State)

Case number: 18-24599

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 2 6 5 6

**Property address:**
518 Salisbury Street
Number    Street

Greensburg, PA 15601
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 551.41

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 551.41

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    04/20/2025
MM / DD / YYYY

Debtor 1    Joseph M Panigall
            First Name    Middle Name    Last Name

Case number (*if known*) 18-24599

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☒ all payments received;
☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Melissa A. Epler
Signature

Date 07/15/2025

Print    Melissa A. Epler
         First Name    Middle Name    Last Name

Title    Bankruptcy Administrator

Company    Santander Bank, N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1130 Berkshire Boulevard  MC: PA-WYO-BKR2
           Number            Street

           Wyomissing, PA 19610
           City                        State    ZIP Code

Contact phone    484-512-3552

Email    DeftBkr@santander.us

## Payment History

| Account Name: | Joseph & Sheila Panigall | | Case #: | 18-24599 | | Last Payment Date: | 7/2/2025 |
|---|---|---|---|---|---|---|---|
| Account Number: | 0069092656 | | File Date: | 11/28/18 | | Contractual Due Date: | 4/2/2025 |
| Date Completed: | 07/15/25 | | Chapter: | 13 | | Post-petition Due Date: | 04/02/25 |

| Transaction Date | Payment Amount Due | Amount Received | Fee/Cost Assessed | Description | Payment Due Date | Amount Past Due | Principal | Interest | Fees/Costs | Suspense | Principal Balance | Fees/Costs Balance | Suspense Balance | Total Delinquency (pmts + fees - suspense) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | | | | | $99,672.16 | $1,427.70 | | |
| 11/24/18 | $1,564.07 | $0.00 | | Monthly Billing | 12/20/18 | $1,564.07 | | | | | $99,672.16 | $1,427.70 | $0.00 | $2,991.77 |
| 12/24/18 | $1,549.73 | $0.00 | | Monthly Billing | 12/20/18 | $3,113.80 | | | | | $99,672.16 | $1,427.70 | $0.00 | $4,541.50 |
| 01/24/19 | $1,564.07 | $0.00 | | Monthly Billing | 12/20/18 | $4,677.87 | | | | | $99,672.16 | $1,427.70 | $0.00 | $6,105.57 |
| 02/24/19 | $1,585.23 | $0.00 | | Monthly Billing | 12/20/18 | $6,263.10 | | | | | $99,672.16 | $1,427.70 | $0.00 | $7,690.80 |
| 02/27/19 | | $0.00 | $35.00 | Bankruptcy Attorney Fee | 12/20/18 | $6,263.10 | | | | | $99,672.16 | $1,462.70 | $0.00 | $7,725.80 |
| 02/27/19 | | $0.00 | $250.00 | Bankruptcy Cost | 12/20/18 | $6,263.10 | | | | | $99,672.16 | $1,712.70 | $0.00 | $7,975.80 |
| 03/01/19 | | $0.00 | $650.00 | Bankruptcy Attorney Fee | 12/20/18 | $6,263.10 | | | | | $99,672.16 | $2,362.70 | $0.00 | $8,625.80 |
| 03/24/19 | $1,540.17 | $0.00 | | Monthly Billing | 12/20/18 | $7,803.27 | | | | | $99,672.16 | $2,362.70 | $0.00 | $10,165.97 |
| 03/27/19 | | $4,885.96 | | Regular Payment | 12/20/18 | $3,505.28 | $4,297.99 | | | $587.97 | $95,374.17 | $2,362.70 | $587.97 | $5,280.01 |
| 04/24/19 | $1,567.10 | $0.00 | | Monthly Billing | 03/20/19 | $5,072.38 | | | | | $95,374.17 | $2,362.70 | $587.97 | $6,847.11 |
| 04/30/19 | | $2,882.66 | | Regular Payment | 03/20/19 | $2,348.77 | $939.07 | $1,784.54 | | $159.05 | $94,435.10 | $2,362.70 | $747.02 | $3,964.45 |
| 05/01/19 | | $0.00 | $80.00 | Bankruptcy Attorney Fee | 04/20/19 | $2,348.77 | | | | | $94,435.10 | $2,442.70 | $747.02 | $4,044.45 |
| 05/24/19 | $1,547.39 | $0.00 | | Monthly Billing | 04/20/19 | $3,896.16 | | | | | $94,435.10 | $2,442.70 | $747.02 | $5,591.84 |
| 05/29/19 | | $1,910.81 | | Regular Payment | 04/20/19 | $2,355.99 | $1,119.64 | $420.53 | | $370.64 | $93,315.46 | $2,442.70 | $1,117.66 | $3,681.03 |
| 06/24/19 | $1,556.38 | $0.00 | | Monthly Billing | 05/20/19 | $3,912.37 | | | | | $93,315.46 | $2,442.70 | $1,117.66 | $5,237.41 |
| 06/28/19 | | $2,154.67 | | Regular Payment | 05/20/19 | $2,345.27 | $1,119.64 | $447.46 | | $587.57 | $92,195.82 | $2,442.70 | $1,705.23 | $3,082.74 |
| 07/01/19 | | $0.00 | $128.00 | Bankruptcy Attorney Fee | 06/20/19 | $2,345.27 | | | | | $92,195.82 | $2,570.70 | $1,705.23 | $3,210.74 |
| 07/24/19 | $1,537.09 | $0.00 | | Monthly Billing | 06/20/19 | $3,882.36 | | | | | $92,195.82 | $2,570.70 | $1,705.23 | $4,747.83 |
| 08/01/19 | | $1,797.05 | | Regular Payment | 06/20/19 | $2,331.58 | $1,119.64 | $431.14 | | $246.27 | $91,076.18 | $2,570.70 | $1,951.50 | $2,950.78 |
| 08/24/19 | $1,546.43 | $0.00 | | Monthly Billing | 07/20/19 | $3,878.01 | | | | | $91,076.18 | $2,570.70 | $1,951.50 | $4,497.21 |
| 08/30/19 | | $1,729.15 | | Regular Payment | 07/20/19 | $784.54 | $2,239.28 | $854.19 | | -$1,364.32 | $88,836.90 | $2,570.70 | $587.18 | $2,768.06 |
| 09/24/19 | $1,517.69 | $0.00 | | Monthly Billing | 09/20/19 | $2,302.23 | | | | | $88,836.90 | $2,570.70 | $587.18 | $4,285.75 |
| 09/30/19 | | $1,262.21 | | Payment | 09/20/19 | $2,302.23 | | | | $1,262.21 | $88,836.90 | $2,570.70 | $1,849.39 | $3,023.54 |
| 10/24/19 | $1,484.72 | $0.00 | | Monthly Billing | 09/20/19 | $3,786.95 | | | | | $88,836.90 | $2,570.70 | $1,849.39 | $4,508.26 |
| 10/29/19 | | $2,524.64 | | Pre-Petition Payment | 09/20/19 | $3,786.95 | $2,058.71 | | | $465.93 | $86,778.19 | $2,570.70 | $2,315.32 | $4,042.33 |
| 11/24/19 | $1,489.56 | $0.00 | | Monthly Billing | 09/20/19 | $5,276.51 | | | | | $86,778.19 | $2,570.70 | $2,315.32 | $5,531.89 |
| 11/29/19 | | $1,650.57 | | Pre-Petition Payment | 09/20/19 | $5,276.51 | $1,119.64 | | | $530.93 | $85,658.55 | $2,570.70 | $2,846.25 | $5,000.96 |
| 12/24/19 | $1,454.79 | $0.00 | | Monthly Billing | 09/20/19 | $6,731.30 | | | | | $85,658.55 | $2,570.70 | $2,846.25 | $6,455.75 |
| 12/30/19 | | $1,611.81 | | Regular Payment | 09/20/19 | $3,667.18 | $2,239.28 | $824.84 | | -$1,452.31 | $83,419.27 | $2,570.70 | $1,393.94 | $4,843.94 |
| 01/24/20 | $1,457.24 | $0.00 | | Monthly Billing | 11/20/19 | $5,124.42 | | | | | $83,419.27 | $2,570.70 | $1,393.94 | $6,301.18 |
| 01/31/20 | | $2,016.13 | | Pre-Petition Payment | 11/20/19 | $5,124.42 | $2,239.28 | $408.51 | | -$631.66 | $81,179.99 | $2,570.70 | $762.28 | $6,932.84 |
| 02/24/20 | $1,448.28 | $0.00 | | Monthly Billing | 11/20/19 | $6,572.70 | | | | | $81,179.99 | $2,570.70 | $762.28 | $8,381.12 |
| 02/28/20 | | $1,626.71 | | Regular Payment | 11/20/19 | $5,087.98 | $1,119.64 | $365.08 | | $141.99 | $80,060.35 | $2,570.70 | $904.27 | $6,754.41 |
| 03/24/20 | $1,421.54 | $0.00 | | Monthly Billing | 12/20/19 | $6,509.52 | | | | | $80,060.35 | $2,570.70 | $904.27 | $8,175.95 |
| 03/27/20 | | $1,534.87 | | Regular Payment | 12/20/19 | $5,019.96 | $1,119.64 | $369.92 | | $45.31 | $78,940.71 | $2,570.70 | $949.58 | $6,641.08 |
| 04/24/20 | $1,337.24 | $0.00 | | Monthly Billing | 01/20/20 | $6,357.20 | | | | | $78,940.71 | $2,570.70 | $949.58 | $7,978.32 |
| 04/30/20 | | $1,484.72 | | Regular Payment | 01/20/20 | $4,902.41 | | $1,454.79 | | $29.93 | $78,940.71 | $2,570.70 | $979.51 | $6,493.60 |
| 04/30/20 | | $954.10 | | Pre-Petition Payment | 02/20/20 | $4,902.41 | | | | $954.10 | $78,940.71 | $2,570.70 | $1,933.61 | $5,539.50 |
| 05/24/20 | $1,329.93 | $0.00 | | Monthly Billing | 02/20/20 | $6,232.34 | | | | | $78,940.71 | $2,570.70 | $1,933.61 | $6,869.43 |
| 06/03/20 | | $1,398.09 | | Pre-Petition Payment | 02/20/20 | $6,232.34 | $1,119.64 | $398.13 | | -$119.68 | $77,821.07 | $2,570.70 | $1,813.93 | $6,989.11 |
| 06/24/20 | $1,334.85 | $0.00 | | Monthly Billing | 02/20/20 | $7,567.19 | | | | | $77,821.07 | $2,570.70 | $1,813.93 | $8,323.96 |
| 07/01/20 | | $1,997.58 | | Regular Payment | 02/20/20 | $6,109.95 | $1,119.64 | $337.60 | | $540.34 | $76,701.43 | $2,570.70 | $2,354.27 | $6,326.38 |
| 07/24/20 | $1,324.66 | $0.00 | | Monthly Billing | 03/20/20 | $7,434.61 | | | | | $76,701.43 | $2,570.70 | $2,354.27 | $7,651.04 |
| 08/04/20 | | $1,630.21 | | Regular Payment | 03/20/20 | $5,986.33 | $1,119.64 | $328.64 | | $181.93 | $75,581.79 | $2,570.70 | $2,536.20 | $6,020.83 |
| 08/24/20 | $1,328.79 | $0.00 | | Monthly Billing | 04/20/20 | $7,315.12 | | | | | $75,581.79 | $2,570.70 | $2,536.20 | $7,349.62 |
| 09/20/20 | | $1,146.28 | | Regular Payment | 04/20/20 | $5,893.58 | $1,119.64 | $301.90 | | -$275.26 | $74,462.15 | $2,570.70 | $2,260.94 | $6,203.34 |
| 09/24/20 | $1,325.51 | $0.00 | | Monthly Billing | 05/20/20 | $7,219.09 | | | | | $74,462.15 | $2,570.70 | $2,260.94 | $7,528.85 |
| 10/01/20 | | $1,674.90 | | Pre-Petition Payment | 05/20/20 | $7,219.09 | $1,119.64 | $402.10 | | $153.16 | $73,342.51 | $2,570.70 | $2,414.10 | $7,375.69 |
| 10/24/20 | $1,315.72 | $0.00 | | Monthly Billing | 05/20/20 | $8,534.81 | | | | | $73,342.51 | $2,570.70 | $2,414.10 | $8,691.41 |
| 11/09/20 | | $565.42 | | Pre-Petition Payment | 05/20/20 | $8,534.81 | $1,119.64 | $109.61 | | -$663.83 | $72,222.87 | $2,570.70 | $1,750.27 | $9,355.24 |
| 11/24/20 | $1,320.04 | $0.00 | | Monthly Billing | 05/20/20 | $9,854.85 | | | | | $72,222.87 | $2,570.70 | $1,750.27 | $10,675.28 |
| 12/02/20 | | $2,586.67 | | Regular Payment | 05/20/20 | $7,187.68 | $2,239.28 | $427.89 | | -$80.50 | $69,983.59 | $2,570.70 | $1,669.77 | $8,088.61 |
| 12/24/20 | $1,307.66 | $0.00 | | Monthly Billing | 07/20/20 | $8,495.34 | | | | | $69,983.59 | $2,570.70 | $1,669.77 | $9,396.27 |
| 12/30/20 | | $1,077.37 | | Regular Payment | 07/20/20 | $7,160.49 | $1,119.64 | $215.21 | | -$257.48 | $68,863.95 | $2,570.70 | $1,412.29 | $8,318.90 |
| 01/24/21 | $1,310.19 | $0.00 | | Monthly Billing | 08/20/20 | $8,470.68 | | | | | $68,863.95 | $2,570.70 | $1,412.29 | $9,629.09 |
| 02/04/21 | | $1,576.53 | | Regular Payment | 08/20/20 | $7,146.02 | $1,119.64 | $205.02 | | $251.87 | $67,744.31 | $2,570.70 | $1,664.16 | $8,052.56 |
| 02/04/21 | | $1,081.43 | | Pre-Petition Payment | 09/20/20 | $7,146.02 | $1,119.64 | $423.27 | | -$461.48 | $66,624.67 | $2,570.70 | $1,202.68 | $8,514.04 |
| 02/22/21 | | $1,075.99 | | Regular Payment | 09/20/20 | $5,817.23 | $1,119.64 | $209.15 | | -$252.80 | $65,505.03 | $2,570.70 | $949.88 | $7,438.05 |
| 02/24/21 | $1,305.74 | $0.00 | | Monthly Billing | 10/20/20 | $7,122.97 | | | | | $65,505.03 | $2,570.70 | $949.88 | $8,743.79 |
| 03/24/21 | $1,282.95 | $0.00 | | Monthly Billing | 10/20/20 | $8,405.92 | | | | | $65,505.03 | $2,570.70 | $949.88 | $10,026.74 |
| 04/01/21 | | $431.14 | | Payment | 10/20/20 | $8,405.92 | | | | $431.14 | $65,505.03 | $2,570.70 | $1,381.02 | $9,595.60 |
| 04/24/21 | $1,300.45 | $0.00 | | Monthly Billing | 10/20/20 | $9,706.37 | | | | | $65,505.03 | $2,570.70 | $1,381.02 | $10,896.05 |
| 04/29/21 | | $816.64 | | Regular Payment | 10/20/20 | $8,380.86 | $1,119.64 | $205.87 | | -$508.87 | $64,385.39 | $2,570.70 | $872.15 | $10,079.41 |
| 05/24/21 | $1,292.13 | $0.00 | | Monthly Billing | 11/20/20 | $9,672.99 | | | | | $64,385.39 | $2,570.70 | $872.15 | $11,371.54 |
| 06/09/21 | | $487.34 | | Payment | 11/20/20 | $9,672.99 | | | | $487.34 | $64,385.39 | $2,570.70 | $1,359.49 | $10,884.20 |
| 06/24/21 | $1,297.36 | $0.00 | | Monthly Billing | 11/20/20 | $10,970.35 | | | | | $64,385.39 | $2,570.70 | $1,359.49 | $12,181.56 |
| 07/07/21 | | $541.93 | | Regular Payment | 11/20/20 | $9,654.63 | $1,119.64 | $196.08 | | -$773.79 | $63,265.75 | $2,570.70 | $585.70 | $11,639.63 |
| 07/24/21 | $1,289.93 | $0.00 | | Monthly Billing | 12/20/20 | $10,944.56 | | | | | $63,265.75 | $2,570.70 | $585.70 | $12,929.56 |
| 08/24/21 | $1,294.27 | $0.00 | | Monthly Billing | 12/20/20 | $12,238.83 | | | | | $63,265.75 | $2,570.70 | $585.70 | $14,223.83 |
| 08/25/21 | | $594.03 | | Pre-Petition Payment | 12/20/20 | $12,238.83 | | | | $594.03 | $63,265.75 | $2,570.70 | $1,179.73 | $13,629.80 |
| 09/15/21 | | $942.62 | | Pre-Petition Payment | 12/20/20 | $12,238.83 | $1,119.64 | $423.27 | | -$600.29 | $62,146.11 | $2,570.70 | $579.44 | $14,230.09 |
| 09/24/21 | $1,293.37 | $0.00 | | Monthly Billing | 12/20/20 | $13,532.20 | | | | | $62,146.11 | $2,570.70 | $579.44 | $15,523.46 |
| 10/13/21 | | $1,300.06 | | Pre-Petition Payment | 12/20/20 | $12,002.95 | $1,119.64 | $409.61 | | -$229.19 | $61,026.47 | $2,570.70 | $350.25 | $14,223.40 |
| 10/24/21 | $1,284.55 | $0.00 | | Monthly Billing | 12/20/20 | $13,287.50 | | | | | $61,026.47 | $2,570.70 | $350.25 | $15,507.95 |
| 11/16/21 | | $1,612.50 | | Regular Payment | 12/20/20 | $11,967.46 | $1,119.64 | $200.40 | | $292.46 | $59,906.83 | $2,570.70 | $642.71 | $13,895.45 |

| Date | Col2 | Col3 | Type | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/21 | $1,287.29 | $0.00 | Monthly Billing | 01/20/21 | $13,254.75 | | | | | $59,906.83 | $2,570.70 | $642.71 | $15,182.74 |
| 12/01/21 | | $1,318.72 | Pre-Petition Payment | 01/20/21 | $13,254.75 | | | $1,318.72 | $59,906.83 | $2,570.70 | $1,961.43 | $13,864.02 |
| 12/24/21 | $1,279.67 | $0.00 | Monthly Billing | 01/20/21 | $14,534.42 | | | | $59,906.83 | $2,570.70 | $1,961.43 | $15,143.69 |
| 12/28/21 | | $987.17 | Regular Payment | 01/20/21 | $13,226.76 | $1,119.64 | $188.02 | -$320.49 | $58,787.19 | $2,570.70 | $1,640.94 | $14,156.52 |
| 01/24/22 | $1,282.31 | $0.00 | Monthly Billing | 02/20/21 | $14,509.07 | | | | $58,787.19 | $2,570.70 | $1,640.94 | $15,438.83 |
| 02/03/22 | | $2,325.91 | Pre-Petition Payment | 02/20/21 | $14,509.07 | $2,239.28 | $874.52 | -$787.89 | $56,547.91 | $2,570.70 | $853.05 | $16,226.72 |
| 02/24/22 | $1,277.72 | $0.00 | Monthly Billing | 02/20/21 | $15,786.79 | | | | $56,547.91 | $2,570.70 | $853.05 | $17,504.44 |
| 03/03/22 | | $1,344.39 | Regular Payment | 02/20/21 | $14,476.60 | $1,119.64 | $190.55 | $34.20 | $55,428.27 | $2,570.70 | $887.25 | $16,160.05 |
| 03/24/22 | $1,258.53 | $0.00 | Monthly Billing | 03/20/21 | $15,735.13 | | | | $55,428.27 | $2,570.70 | $887.25 | $17,418.58 |
| 04/05/22 | | $1,398.98 | Regular Payment | 03/20/21 | $14,429.39 | $1,119.64 | $186.10 | $457.64 | -$364.40 | $54,308.63 | $2,113.06 | $522.85 | $16,019.60 |
| 04/24/22 | $1,282.37 | $0.00 | Monthly Billing | 04/20/21 | $15,711.76 | | | | $54,308.63 | $2,113.06 | $522.85 | $17,301.97 |
| 05/04/22 | | $1,536.00 | Regular Payment | 04/20/21 | $14,406.22 | $1,119.64 | $185.90 | $230.46 | $53,188.99 | $1,882.60 | $522.85 | $15,765.97 |
| 05/24/22 | $1,273.72 | $0.00 | Monthly Billing | 05/20/21 | $15,679.94 | | | | $53,188.99 | $1,882.60 | $522.85 | $17,039.69 |
| 06/09/22 | | $1,459.96 | Regular Payment | 05/20/21 | $14,219.98 | $1,305.88 | $154.08 | | $51,883.11 | $1,882.60 | $522.85 | $15,579.73 |
| 06/24/22 | $1,298.19 | $0.00 | Monthly Billing | 06/20/21 | $15,518.17 | | | | $51,883.11 | $1,882.60 | $522.85 | $16,877.92 |
| 07/07/22 | | $1,032.16 | Payment | 06/20/21 | $14,771.01 | $747.16 | | $285.00 | $51,135.95 | $1,597.60 | $522.85 | $15,845.76 |
| 07/07/22 | | $0.00 | Pre-Petition Payment | 06/20/21 | $14,771.01 | | | $522.85 | -$522.85 | $51,135.95 | $1,074.75 | $0.00 | $15,845.76 |
| 07/24/22 | $1,320.54 | $0.00 | Monthly Billing | 06/20/21 | $16,091.55 | | | | $51,135.95 | $1,074.75 | $0.00 | $17,166.30 |
| 08/03/22 | | $957.26 | Pre-Petition Payment | 06/20/21 | $16,091.55 | | | $957.26 | $51,135.95 | $117.49 | $0.00 | $16,209.04 |
| 08/24/22 | $1,325.94 | $0.00 | Monthly Billing | 06/20/21 | $17,417.49 | | | | $51,135.95 | $117.49 | $0.00 | $17,534.98 |
| 09/12/22 | | $487.47 | Pre-Petition Payment | 06/20/21 | $17,417.49 | $487.47 | | | $50,648.48 | $117.49 | $0.00 | $17,534.98 |
| 09/24/22 | $1,357.63 | $0.00 | Monthly Billing | 06/20/21 | $18,775.12 | | | | $50,648.48 | $117.49 | $0.00 | $18,892.61 |
| 10/04/22 | | $1,763.56 | Payment | 06/20/21 | $17,011.56 | $1,763.56 | | | $48,884.92 | $117.49 | $0.00 | $17,129.05 |
| 10/24/22 | $1,373.78 | $0.00 | Monthly Billing | 06/20/21 | $18,385.34 | | | | $48,884.92 | $117.49 | $0.00 | $18,502.83 |
| 11/01/22 | | $1,915.19 | Payment | 06/20/21 | $16,470.15 | $1,915.19 | | | $46,969.73 | $117.49 | $0.00 | $16,587.64 |
| 11/24/22 | $1,371.59 | $0.00 | Monthly Billing | 06/20/21 | $17,841.74 | | | | $46,969.73 | $117.49 | $0.00 | $17,959.23 |
| 12/05/22 | | $2,424.27 | Payment | 06/20/21 | $15,417.47 | $2,424.27 | | | $44,545.46 | $117.49 | $0.00 | $15,534.96 |
| 12/24/22 | $1,381.04 | $0.00 | Monthly Billing | 06/20/21 | $16,798.51 | | | | $44,545.46 | $117.49 | $0.00 | $16,916.00 |
| 01/03/23 | | $1,957.30 | Regular Payment | 06/20/21 | $14,841.21 | $1,957.30 | | | $42,588.16 | $117.49 | $0.00 | $14,958.70 |
| 01/24/23 | $1,394.94 | $0.00 | Monthly Billing | 07/20/21 | $16,236.15 | | | | $42,588.16 | $117.49 | $0.00 | $16,353.64 |
| 01/31/23 | | $1,913.95 | Regular Payment | 07/20/21 | $14,322.20 | $1,913.95 | | | $40,674.21 | $117.49 | $0.00 | $14,439.69 |
| 02/24/23 | $1,381.48 | $0.00 | Monthly Billing | 08/20/21 | $15,703.68 | | | | $40,674.21 | $117.49 | $0.00 | $15,821.17 |
| 03/02/23 | | $2,073.94 | Regular Payment | 08/20/21 | $13,629.74 | $2,073.94 | | | $38,600.27 | $117.49 | $0.00 | $13,747.23 |
| 03/24/23 | $1,351.77 | $0.00 | Monthly Billing | 09/20/21 | $14,981.51 | | | | $38,600.27 | $117.49 | $0.00 | $15,099.00 |
| 04/05/23 | | $1,351.31 | Regular Payment | 09/20/21 | $13,630.20 | $1,351.31 | | | $37,248.96 | $117.49 | $0.00 | $13,747.69 |
| 04/24/23 | $1,376.28 | $0.00 | Monthly Billing | 10/20/21 | $15,006.48 | | | | $37,248.96 | $117.49 | $0.00 | $15,123.97 |
| 05/03/23 | | $1,491.78 | Regular Payment | 10/20/21 | $13,514.70 | $1,491.78 | | | $35,757.18 | $117.49 | $0.00 | $13,632.19 |
| 05/24/23 | $1,357.70 | $0.00 | Monthly Billing | 11/20/21 | $14,872.40 | | | | $35,757.18 | $117.49 | $0.00 | $14,989.89 |
| 06/01/23 | | $1,361.00 | Regular Payment | 11/20/21 | $13,511.40 | $1,361.00 | | | $34,396.18 | $117.49 | $0.00 | $13,628.89 |
| 06/24/23 | $1,363.11 | $0.00 | Monthly Billing | 12/20/21 | $14,874.51 | | | | $34,396.18 | $117.49 | $0.00 | $14,992.00 |
| 07/03/23 | | $908.53 | Regular Payment | 12/20/21 | $13,965.98 | $908.53 | | | $33,487.65 | $117.49 | $0.00 | $14,083.47 |
| 07/24/23 | $1,348.56 | $0.00 | Monthly Billing | 01/20/22 | $15,314.54 | | | | $33,487.65 | $117.49 | $0.00 | $15,432.03 |
| 08/01/23 | | $1,212.84 | Regular Payment | 01/20/22 | $14,101.70 | $1,212.84 | | | $32,274.81 | $117.49 | $0.00 | $14,219.19 |
| 08/24/23 | $1,347.98 | $0.00 | Monthly Billing | 02/20/22 | $15,449.68 | | | | $32,274.81 | $117.49 | $0.00 | $15,567.17 |
| 08/31/23 | | $2,072.43 | Regular Payment | 02/20/22 | $13,377.25 | $2,072.43 | | | $30,202.38 | $117.49 | $0.00 | $13,494.74 |
| 08/31/23 | | $42.98 | Pre-Petition Payment | 04/20/22 | $13,377.25 | $42.98 | | | $30,159.40 | $117.49 | $0.00 | $13,494.74 |
| 09/24/23 | $1,340.81 | $0.00 | Monthly Billing | 04/20/22 | $14,718.06 | | | | $30,159.40 | $117.49 | $0.00 | $14,835.55 |
| 10/04/23 | | $908.71 | Regular Payment | 04/20/22 | $13,809.35 | $908.71 | | | $29,250.69 | $117.49 | $0.00 | $13,926.84 |
| 10/24/23 | $1,326.11 | $0.00 | Monthly Billing | 05/20/22 | $15,135.46 | | | | $29,250.69 | $117.49 | $0.00 | $15,252.95 |
| 11/01/23 | | $2,290.04 | Regular Payment | 05/20/22 | $12,845.42 | $2,290.04 | | | $26,960.65 | $117.49 | $0.00 | $12,962.91 |
| 11/24/23 | $1,318.54 | $0.00 | Monthly Billing | 06/20/22 | $14,163.96 | | | | $26,960.65 | $117.49 | $0.00 | $14,281.45 |
| 12/06/23 | | $1,702.41 | Regular Payment | 06/20/22 | $14,028.67 | | $135.29 | | $1,567.12 | $26,960.65 | $117.49 | $1,567.12 | $12,579.04 |
| 12/06/23 | | $0.00 | Regular Payment | 07/20/22 | $12,845.16 | $1,004.96 | $178.55 | -$1,183.51 | $25,955.69 | $117.49 | $383.61 | $12,579.04 |
| 12/06/23 | | $293.91 | Pre-Petition Payment | 08/20/22 | $12,845.16 | $241.41 | | $52.50 | $25,714.28 | $64.99 | $383.61 | $12,526.54 |
| 12/24/23 | $1,302.77 | $0.00 | Monthly Billing | 08/20/22 | $14,147.93 | | | | $25,714.28 | $64.99 | $383.61 | $13,829.31 |
| 01/02/24 | | $1,303.02 | Regular Payment | 08/20/22 | $12,827.39 | $1,119.64 | $200.90 | -$17.52 | $24,594.64 | $64.99 | $366.09 | $12,526.29 |
| 01/24/24 | $1,299.18 | $0.00 | Monthly Billing | 09/20/22 | $14,126.57 | | | | $24,594.64 | $64.99 | $366.09 | $13,825.47 |
| 01/31/24 | | $2,582.44 | Regular Payment | 09/20/22 | $11,684.13 | $1,997.87 | $444.29 | $140.28 | $22,596.77 | $64.99 | $506.37 | $11,243.03 |
| 02/24/24 | $1,285.57 | $0.00 | Monthly Billing | 11/20/22 | $12,969.98 | | | | $22,596.77 | $64.99 | $506.37 | $12,528.60 |
| 03/04/24 | | $1,945.68 | Regular Payment | 11/20/22 | $11,596.20 | $1,119.64 | $254.14 | $571.90 | $21,477.13 | $64.99 | $1,078.27 | $10,582.92 |
| 03/24/24 | $1,266.63 | $0.00 | Monthly Billing | 12/20/22 | $12,862.83 | | | | $21,477.13 | $64.99 | $1,078.27 | $11,849.55 |
| 04/01/24 | | $1,283.87 | Regular Payment | 12/20/22 | $11,491.24 | $1,119.64 | $251.95 | -$87.72 | $20,357.49 | $64.99 | $990.55 | $10,565.68 |
| 04/24/24 | $1,268.28 | $0.00 | Monthly Billing | 01/20/23 | $12,759.52 | | | | $20,357.49 | $64.99 | $990.55 | $11,833.96 |
| 05/08/24 | | $1,928.27 | Regular Payment | 01/20/23 | $9,983.54 | $2,239.28 | $536.70 | -$847.71 | $18,118.21 | $64.99 | $142.84 | $9,905.69 |
| 05/24/24 | $1,253.15 | $0.00 | Monthly Billing | 03/20/23 | $11,236.69 | | | | $18,118.21 | $64.99 | $142.84 | $11,158.84 |
| 06/04/24 | | $1,664.77 | Regular Payment | 03/20/23 | $10,117.05 | $1,119.64 | | $545.13 | $16,998.57 | $64.99 | $687.97 | $9,494.07 |
| 06/04/24 | | $261.84 | Principal Payment | 04/20/23 | $10,117.05 | $261.84 | | | $16,736.73 | $64.99 | $687.97 | $9,494.07 |
| 06/24/24 | $1,243.66 | $0.00 | Monthly Billing | 04/20/23 | $11,360.71 | | | | $16,736.73 | $64.99 | $687.97 | $10,737.73 |
| 07/03/24 | | $636.95 | Payment | 04/20/23 | $11,098.87 | | $261.84 | $375.11 | $16,736.73 | $64.99 | $1,063.08 | $10,100.78 |
| 07/24/24 | $1,236.25 | $0.00 | Monthly Billing | 04/20/23 | $12,335.12 | | | | $16,736.73 | $64.99 | $1,063.08 | $11,337.03 |
| 08/05/24 | | $1,273.92 | Regular Payment | 04/20/23 | $11,041.22 | $1,061.77 | $232.13 | -$19.98 | $15,674.96 | $64.99 | $1,043.10 | $10,063.11 |
| 08/24/24 | $1,235.45 | $0.00 | Monthly Billing | 05/20/23 | $12,276.67 | | | | $15,674.96 | $64.99 | $1,043.10 | $11,298.56 |
| 09/05/24 | | $1,950.32 | Regular Payment | 05/20/23 | $9,542.69 | $2,239.28 | $494.70 | $50.87 | -$834.53 | $13,435.68 | $14.12 | $208.57 | $9,348.24 |
| 09/24/24 | $1,222.61 | $0.00 | Monthly Billing | 07/20/23 | $10,765.30 | | | | $13,435.68 | $14.12 | $208.57 | $10,570.85 |
| 10/02/24 | | $1,215.63 | Regular Payment | 07/20/23 | $9,402.19 | $1,119.64 | $243.47 | -$147.48 | $12,316.04 | $14.12 | $61.09 | $9,355.22 |
| 10/20/24 | | $0.00 | Ledger Adjustment | 07/20/24 | $4,379.00 | | | | $12,316.04 | $0.00 | $61.09 | $4,317.91 |
| 10/24/24 | $1,202.36 | $0.00 | Monthly Billing | 07/20/24 | $5,581.36 | | | | $12,316.04 | $0.00 | $61.09 | $5,520.27 |
| 11/24/24 | $1,203.09 | $0.00 | Monthly Billing | 07/20/24 | $6,784.45 | | | | $12,316.04 | $0.00 | $61.09 | $6,723.36 |
| 12/04/24 | | $2,634.39 | Regular Payment | 07/20/24 | $4,110.94 | | $391.34 | $2,282.17 | -$39.12 | $11,924.70 | $0.00 | $21.97 | $4,088.97 |
| 12/24/24 | $1,196.22 | $0.00 | Monthly Billing | 09/20/24 | $5,307.16 | | | | $11,924.70 | $0.00 | $21.97 | $5,285.19 |
| 01/07/25 | | $1,300.98 | Regular Payment | 09/20/24 | $4,071.71 | $1,119.64 | $115.81 | $65.53 | $10,805.06 | $0.00 | $87.50 | $3,984.21 |
| 01/24/25 | $1,194.03 | $0.00 | Monthly Billing | 10/20/24 | $5,265.74 | | | | $10,805.06 | $0.00 | $87.50 | $5,178.24 |
| 02/05/25 | | $2,334.53 | Regular Payment | 10/20/24 | $4,043.20 | $1,119.64 | $102.97 | $1,111.92 | $9,685.42 | $0.00 | $1,199.42 | $2,843.71 |
| 02/24/25 | $1,186.24 | $0.00 | Monthly Billing | 11/20/24 | $5,229.37 | | | | $9,685.42 | $0.00 | $1,199.42 | $4,029.95 |
| 03/04/25 | | $1,206.03 | Regular Payment | 11/20/24 | $2,823.92 | $2,239.28 | $166.17 | -$1,199.42 | $7,446.14 | $0.00 | $0.00 | $2,823.92 |

| Date | | | Description | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/25 | | $331.84 | Regular Payment | 01/20/25 | $2,492.08 | $114.27 | $217.57 | | | $7,331.87 | $0.00 | $0.00 | $2,492.08 |
| 03/24/25 | $1,167.45 | $0.00 | Monthly Billing | 02/20/25 | $3,659.53 | | | | | $7,331.87 | $0.00 | $0.00 | $3,659.53 |
| 04/03/25 | | $744.61 | Payment | 02/20/25 | $2,914.92 | $696.80 | $47.81 | | | $6,635.07 | $0.00 | $0.00 | $2,914.92 |
| 04/10/25 | | $1,847.97 | Regular Payment | 04/20/25 | $1,066.95 | $1,823.95 | $24.02 | | | $4,811.12 | $0.00 | $0.00 | $1,066.95 |
| 07/02/25 | | $515.54 | Payment | 04/20/25 | $551.41 | $452.84 | $62.70 | | | $4,358.28 | $0.00 | $0.00 | $551.41 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Joseph M Panigall                                        Chapter 13
    Sheila A Panigall                                           Case No. 18-24599
                                                                   Honorable Carlota M Bohm

Debtors

_____/

## CERTIFICATE OF SERVICE

      I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on July 15, 2025. I caused to be served a copy of the Response to Notice of Final Cure on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

      Signed under the penalties of perjury, this 15th day of July 2025.

                                                                     /s/Melissa A. Epler
                                                                   Melissa A. Epler
                                                                   Santander Bank, N.A.
                                                                   Bankruptcy Administrator
                                                                   1130 Berkshire Boulevard
                                                                   Wyomissing, PA 19610
                                                                   (484) 512-3552
                                                                   Email: DeftBkr@santander.us

VIA US MAIL
Joseph and Sheila Panigall
518 Salisbury Drive
Greensburg, PA 15601 -6039

VIA ECF
Ronda J Winnecour
600 Grant Street, Suite 3250
Pittsburgh, PA  15219 -2719

Abagale E Steidl
ASTEIDL@STEIDL-STEINBERG.COM